Ben W. Muse
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: benjamin_muse@fd.org

*Counsel for Defendant Garrett Elder*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  vs.<br><br>GARRETT ELDER,<br><br>           Defendant. | Case No. 3:23-cr-00020-JMK-MMS<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

Defendant Garrett Elder, through counsel, Ben W. Muse, Assistant Federal Defender, hereby notifies the Court of his intent to change his plea pursuant to a written plea agreement.

Mr. Elder consents to having his plea taken by a magistrate judge.

DATED at Anchorage, Alaska this 15th day of March, 2023.

                                                                  Respectfully submitted,

                                                                  */s/ Ben W. Muse*
                                                                  Ben W. Muse
                                                                  Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on March 15, 2023. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Ben W. Muse*