# EXHIBIT 1

## Required Actions

1. Defendant shall provide to the Probation Officer: (1) all personal and business yearly tax returns and quarterly self-employment tax returns; (2) on a quarterly basis, financial documentation, including, without limitation, bank, investment, or other statements of financial accounts in which he owns or has an interest; and (3) notification of the receipt of any gift, inheritance or other asset or money obtained having a value of $5,000 or more; (4) any other financial-related information as requested.

2. Defendant shall provide any of the foregoing items to the Office of the United States Attorney upon request.

3. Defendant shall apply for an Alaska Permanent Fund Dividend every year in which he is eligible.

## Restricted or Prohibited Activities

1. Defendant shall not make any purchase or transfer in excess of $5,000 (except for child-care related or medical expenses).

2. Defendant shall not engage in the purchase or trading of securities, cryptocurrency, or other financial instruments, except as part of an employee related 401k or other employee retirement program.

3. Defendant shall not solicit investors, pool funds from third-parties, or otherwise raise funds for any purpose without the prior approval of the Probation Officer.

4. Defendant shall promptly disclose to any employer, prospective employer, or anyone he is serving or seeks to serve as an independent contractor the fact and nature of his conviction in this case, his sentence, the amount of any fine and restitution still unpaid, and the duration of his term of supervised release.

5. Defendant shall not engage in an occupation, business, profession, or position of financial or fiduciary capacity without the prior approval of the Probation Officer.

6. Defendant shall not enter any gambling establishment, frequent any establishment where gambling is conducted, or engage in any form of gambling or wagering of something of value, including off-shore or internet gambling, while the court-ordered financial obligation is pending and/or as directed by the Probation Officer.

7. Defendant shall not purchase or acquire any cryptocurrency without the prior approval of the Probation Officer.

8. Defendant shall not engage in any structuring to avoid or circumvent any of the foregoing.