[Exhibit D-1, Defendant's Letter to Judge, to be filed separately.]

*United States v. Garrett Elder*
Case No. 3:23-cr-00020-JMK-MMS                                                                                                      Page 1