IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT _____

FILED in the TRIAL COURTS
State of Alaska Third District
at Palmer, Alaska

JUN 08 2023

By _____
_____ Deputy

IN THE MATTER OF THE ESTATE OF )
)
)
)
Chris Elder _____.  )
_____  )
Deceased )
)

CASE NO. ___3PA-23-00175PR___

CLAIM AGAINST ESTATE

Walter R. Nickel and Julie A. Nickel
_____, creditor of the

estate of ___Chris Elder___, deceased, hereby states that said

estate is indebted to said creditor in the amount of $ ___$60,000.00___ for the following:

*[Instructions: (1) Describe the basis of the claim. (2) If the claim is not yet due, state the date it will become due. (3) If the claim is contingent or unliquidated, state the nature of the uncertainty. (4) If the claim is secured, describe the security.]*

We, Walter and Julie Nickel, made a loan of $60,000 to Lake Haven, LLC, an
LLC owned by Chris Elder, on 8/5/2017. The monthly payments on this loan
were for interest only, with the principal amount of $60,000 to be repaid at the
end of the nine-year term of this loan, ending on 9/5/2026. This loan has a total
of 108 monthly payments, with the final payment of the principal of $60,000 to be
made on 9/5/2026 – approximately three years from now. This loan was to be
secured by real property consisting of homes to be built or acquired by Lake
Haven Mobile Home Park. As of this date, the payments on this loan are current.
Our copy of this loan document is attached and a fully executed copy of this loan
is held by First Mortgage, Inc., 4141 B Street, Suite 305, Anchorage, AK 99503.

___6 - 8 - 2023___
Date

_____
Signature of Claimant
Walter R. Nickel
Type or Print Name

CC: A'Ainsworth
7/16/23

___City___   ___State___   ___ZIP___

_____
Daytime Phone

P-310 (3/00)(cs)(bb pg 1 of 2)
CLAIM AGAINST ESTATE

AS 13.16.465
Probate Rule 10

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT Wasilla, AK

IN THE MATTER OF THE ESTATE OF )
)
)
)
)
Chris Elder )  CASE NO. 3PA-23-00175PR
_____ )
Deceased )
)  CLAIM AGAINST ESTATE
_____ )

Elizabeth Elder _____, creditor of the

estate of ____ Chris Elder _____, deceased, hereby states that said

estate is indebted to said creditor in the amount of S __30,442.23_____ for the following:

*[Instructions: (1) Describe the basis of the claim. (2) If the claim is not yet due, state the date it will become due. (3) If the claim is contingent or unliquidated, state the nature of the uncertainty. (4) If the claim is secured, describe the security.]*

Brett and Jennifer Motyka loaned $53,266.50 to Chris Elder, Alaska Private Equity (APEQ) per the attached promissory note dated March 7, 2020 to be repaid with 12% interest. As of June 5, 2023 the current balance remaining to be paid on the loan is $30,422.23 as indicated on the attached First Mortgage statement. Payments on the loan began on May 5, 2020 and were scheduled to be repaid in full on May 5, 2025.

The money loaned to Chris Elder, Alaska Private Equity (APEQ) should not have been placed in his son's Tycoon Trading LLC account and the transfer of funds was not disclosed to Brett and Jennifer Motyka until we received a letter dated October 28, 2022 informing us that Tycoon Trading LLC had committed fraud and the status of the account where the money had been stored was unknown.

The security offered in the promissory note is: Space #1 of Princess Court located on 801 E Blind Nick Dr. Wasilla, AK 99654. Per the Default clause in the promissory note, we are demanding the immediate payment of the entire unpaid balance of the note or transfer of the security offered.

Brett Motyka, email: motyka@gmail.com, phone: 907-230-4282
Jennifer Motyka, email: jblitz@gmail.com, phone: 907-632-5570

6/1/2023
_____
Date

_____
Signature of Claimant
BRETT MOTYKA
Type or Print Name

CC: Ainsworth
7/4/23

_____
Daytime Phone

P-310 (3/00)(cs)(bb pg 1 of 2)
CLAIM AGAINST ESTATE

AS 13.16.465
Probate Rule 10

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT __Palmer__

FILED in the TRIAL COU...
State of Alaska Third Distr...
at Palmer, Alaska

JUN 02 2023

By _____
Deputy

IN THE MATTER OF THE ESTATE OF

__Chris Elder_____.
        Deceased

CASE NO. __3PA-23-00175PR__

CLAIM AGAINST ESTATE

__Michael F. Messick_____, creditor of the

estate of __Chris Elder_____, deceased, hereby states that said

estate is indebted to said creditor in the amount of $ __331,971_____ for the following:

*[Instructions: (1) Describe the basis of the claim. (2) If the claim is not yet due, state the date it will become due. (3) If the claim is contingent or unliquidated, state the nature of the uncertainty. (4) If the claim is secured, describe the security.]*

I placed 3 investments with Mr. Elder as follows:

1) 2019-08-01 Alaska Private Equity Fund (Wickham Mobile Home Park) for $70,000 @ 12% interest only, due 08-2026

2) 2020-07-28 Alaska Private Equity Fund II for $231,971 @ 10% interest only, due 07-2025

3) 2022-10-05 Alaska Private Equity Fund II for $30,000 @ 8%, P&I, 60 months, due 10-2027

These totals do not include unpaid interest, they represent the initial investment amounts only.

All 3 investments are documented by promissory notes and receipt of monthly payments up until November 2022.

See Attachments.

__06/01/2023_____
        Date

_Signature of Claimant_
Signature of Claimant

__Michael F Messick_____
Type or Print Name

_____ Address

_____ State      _____ ZIP

_____ Daytime Phone

P-310 (3/00)(cs)(bb pg 1 of 2)
CLAIM AGAINST ESTATE

AS 13.16.465
Probate Rule 10

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT Palmer County

IN THE MATTER OF THE ESTATE OF )
)
)
)
)
Chris D. Elder )
_____ )
Deceased )
)
_____ )

FILED in the TRIAL COURTS
State of Alaska Third District
at Palmer, Alaska

MAY 2 6 2023

By _____
Deputy

CASE NO. 3PA-23-00175PR

CLAIM AGAINST ESTATE

Joseph and Shantel Dour
_____, creditor of the

estate of _____Chris D. Elder_____, deceased, hereby states that said

estate is indebted to said creditor in the amount of $ 63,790.50 _____ for the following:

*[Instructions: (1) Describe the basis of the claim. (2) If the claim is not yet due, state the date it will become due. (3) If the claim is contingent or unliquidated, state the nature of the uncertainty. (4) If the claim is secured, describe the security.]*

| Original Note $60,000 | | | Start Date 9/5/2022 | Maturity Date 9/5/2029 |
|---|---|---|---|---|
| Monthly Installment Amount $600.00 | | | Balance Left at time of Failure $60,000 | |
| Exhibit | Date | Installments | Amount Paid | Unpaid Installment |
| 1 | 11/2/22 | $600 | $58.50 | $541.50 |
| 2 | 12/5/22 | $600 | $58.50 | $541.50 |
| 3 | 1/5/23 | $600 | $58.50 | $541.50 |
| 4 | 2/1/23 | $600 | $58.50 | $541.50 |
| 5 | 3/3/23 | $600 | $58.50 | $541.50 |
| 6 | 3/31/23 | $600 | $58.50 | $541.50 |

5/26/23
_____
Date

_____
Signature of Claimant
Joseph and Shantel Dour
_____
Type or Print Name

CC: AINSWORTH
10/16/23

P-310 (3/00)(cs)(bb pg 1 of 2)
CLAIM AGAINST ESTATE

AS 13.16.465
Probate Rule 10





FILED in the TRIAL COURTS
State of Alaska Third District
at Palmer, Alaska

**MAY 25 2023**

Clerk of the Trial Courts

By _____ Deputy

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT Palmer County

IN THE MATTER OF THE ESTATE OF )
)
)
)
)
Chris D. Elder )
_____. )   CASE NO. 3PA-23-00175PR
Deceased )
)
_____)   CLAIM AGAINST ESTATE

Phil Godding and Debbie Godding
_____, creditor of the

estate of _____ Chris D. Elder _____, deceased, hereby states that said

estate is indebted to said creditor in the amount of $ 106,300 _____ for the following:

*[Instructions: (1) Describe the basis of the claim. (2) If the claim is not yet due, state the date it will become due. (3) If the claim is contingent or unliquidated, state the nature of the uncertainty. (4) If the claim is secured, describe the security.]*

| Original Note $100,000 | | | Start Date 8/5/2017 | Maturity Date 8/5/2024 |
|---|---|---|---|---|
| Monthly Installment Amount $1000.00 | | | Balance Left at time of Failure $122,300 | |
| Exhibit | Date | Installments | Amount Paid | Unpaid Installment |
| B1&2 | 11/22 | $1000.00 | $100.00 | $900.00 |
| | 12/22 | $1000.00 | $100.00 | $900.00 |
| | 01/23 | $1000.00 | $100.00 | $900.00 |
| | 02/23 | $1000.00 | $100.00 | $900.00 |
| | 03/23 | $1000.00 | $100.00 | $900.00 |
| | 04/23 | $1000.00 | $100.00 | $900.00 |

5/23/2023
_____
Date

Debbie Godding and Phil Godding  Digitally signed by Debbie Godding and Phil Godding Date: 2023.05.23 10:39:54 -0700'
_____
Signature of Claimant
Debbie Godding   Phil Godding
_____
Type or Print Name

_____
Daytime Phone

P-310 (3/00)(cs)(bb pg 1 of 2)                  AS 13.16.465
CLAIM AGAINST ESTATE                        Probate Rule 10

CC: Alunworth
6/6/23

FILED in the TRIAL COURTS
State of Alaska Third District
at Palmer, Alaska

MAY 25 2023

Clerk of the Trial Courts

By _____ Deputy

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT __Palmer__ County

IN THE MATTER OF THE ESTATE OF

)
)
)
)
)
Chris D. Elder )
)
Deceased )
)
)

CASE NO. __3PA-23-00175PR__

CLAIM AGAINST ESTATE

__Phillip R Godding_____, creditor of the

estate of _____Chris D. Elder_____, deceased, hereby states that said

estate is indebted to said creditor in the amount of $ __106,300.00__ for the following:

*[Instructions: (1) Describe the basis of the claim. (2) If the claim is not yet due, state the date
it will become due. (3) If the claim is contingent or unliquidated, state the nature of the
uncertainty. (4) If the claim is secured, describe the security.]*

| Original Note $100,000 | | | Start Date 4/5/2018 | Maturity Date 4/5/2025 |
|---|---|---|---|---|
| Monthly Installment Amount $1000.00 | | | Balance Left at time of Failure $130,300 | |
| Exhibit | Date | Installments | Amount Paid | Unpaid Installment |
| D | 11/22 | 1000.00 | 100.00 | 900.00 |
| | 12/22 | 1000.00 | 100.00 | 900.00 |
| | 1/23 | 1000.00 | 100.00 | 900.00 |
| | 2/23 | 1000.00 | 100.00 | 900.00 |
| | 3/23 | 1000.00 | 100.00 | 900.00 |
| | 4/23 | 1000.00 | 100.00 | 900.00 |

5/23/2023
_____
Date

**Phillip Godding** Digitally signed by Phillip Godding
Date: 2023.05.23 10:13:58 -05'00'

Signature of Claimant

Phillip R Godding
_____
Type or Print Name

██████████████████████████

Daytime Phone

P-310 (3/00)(cs)(bb pg 1 of 2)
CLAIM AGAINST ESTATE

AS 13.16.465
Probate Rule 10

CC: Ailusworth
6/10/23

FILED in the TRIAL COURTS
State of Alaska Third District
at Palmer, Alaska

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT **Palmer County**

IN THE MATTER OF THE ESTATE OF )

)

)

)

**MAY 1 9 2023**

Clerk of the Trial Courts

By _____ Deputy

**Chris D. Elder** )

Deceased )

) CASE NO. **3PA-23-00175PR**

) CLAIM AGAINST ESTATE

**Steven M. Wertish** _____, creditor of the

estate of **Chris D. Elder** _____, deceased, hereby states that said

estate is indebted to said creditor in the amount of $ **$512,696.90** _____ for the following:

*[Instructions: (1) Describe the basis of the claim. (2) If the claim is not yet due, state the date it will become due. (3) If the claim is contingent or unliquidated, state the nature of the uncertainty. (4) If the claim is secured, describe the security.]*

Original Note Exhibit 1A, 1B, 1C, and 1D   $500,000.00

Start Date Sept. 5 2020   Maturity Date Sept. 5 2027

Monthly Installments   $3688.80                    Balance left at time of Failure $489,446.96

| Exhibit | Date | Installments | Amount Paid | Unpaid Installment |
|---|---|---|---|---|
| 2 | 10/28/2022 | $3,688.80 | $367.38 | $3,321.42 |
| 3 | 11/30/2022 | $3,688.80 | $367.38 | $3,321.42 |
| 4 | 12/29/2022 | $3,688.80 | $367.38 | $3,321.42 |
| 5 | 1/27/2023 | $3,688.80 | $367.38 | $3,321.42 |
| 6 | 2/28/2023 | $3,688.80 | $367.38 | $3,321.42 |
| 7 | 3/28/2023 | $3,688.80 | $367.38 | $3,321.42 |
| 8 | 4/28/2023 | $3,688.80 | $367.38 | $3,321.42 |
|  |  |  |  |  |

7 unpaid balances @ $3321.42 = $23,249.94 plus unpaid Principle = $512,696.90

**5/6/2023** _____

Date

*Steven M. Wertish*

Signature of Claimant

Steven M. Wertish

Type or Print Name

_____

Daytime Phone

CC: ALUNWORTH

4/4/23

P-310 (3/00)(cs)(bb pg 1 of 2)
CLAIM AGAINST ESTATE

AS 13.16.465
Probate Rule 10

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT  Palmer County

IN THE MATTER OF THE ESTATE OF

)
)
)
)
)

MAY 1 9 2023

Clerk of the Trial Courts

By _____ Deputy

Chris D. Elder
Deceased

)
)
)
)
)

CASE NO.  3PA-23-00175PR

CLAIM AGAINST ESTATE

Arlin C. Wertish
_____, creditor of the

estate of  Chris D. Elder
_____, deceased, hereby states that said

estate is indebted to said creditor in the amount of $ 359,142.90 _____ for the following:

*[Instructions: (1) Describe the basis of the claim. (2) If the claim is not yet due, state the date it will become due. (3) If the claim is contingent or unliquidated, state the nature of the uncertainty. (4) If the claim is secured, describe the security.]*

Original Note Exhibit 1A, 1B, 1C, 1D   $350,000.00   Start Date Sept. 5 2020   Maturity Date Sept. 5 2027
Monthly Installments  $2568.00                              Balance left at time of Failure $342,954.00

| Exhibit | Date | Installments | Amount Paid | Unpaid Installment |
|---------|------|--------------|-------------|--------------------|
| 2 | 10/28/2022 | $2,568.00 | $255.30 | $2,312.70 |
| 3 | 11/30/2022 | $2,568.00 | $255.30 | $2,312.70 |
| 4 | 12/29/2022 | $2,568.00 | $255.30 | $2,312.70 |
| 5 | 1/27/2023 | $2,568.00 | $255.30 | $2,312.70 |
| 6 | 2/28/2023 | $2,568.00 | $255.30 | $2,312.70 |
| 7 | 3/28/2023 | $2,568.00 | $255.30 | $2,312.70 |
| 8 | 4/28/2023 | $2,568.00 | $255.30 | $2,312.70 |
| | | | | |

7 unpaid balances @ $2312.70 = $16,188.90 plus unpaid Principle = $359,142.90

5-6/2023
Date

Arlin C. Wertish
Signature of Claimant

Arlin C. Wertish
Type or Print Name

14860 Graystone Road

CC: AINSWORTH
6/6/23

P-310 (3/00)(cs)(bb pg 1 of 2)
CLAIM AGAINST ESTATE

AS 13.16.465
Probate Rule 10

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

AT Palmer County

IN THE MATTER OF THE ESTATE OF )
                                )
                                )
                                )
                                )
                                )
Chris D. Elder                  )      CASE NO. 3PA-23-00175PR
          Deceased              )
                                )
_____)      CLAIM AGAINST ESTATE

The IRA Club FBO Michelle Lex Roth IRA 2000865 _____, creditor of the

estate of Chris D. Elder _____, deceased, hereby states that said

estate is indebted to said creditor in the amount of $ 13,491.20 _____ for the following:

*[Instructions: (1) Describe the basis of the claim. (2) If the claim is not yet due, state the date it will become due. (3) If the claim is contingent or unliquidated, state the nature of the uncertainty. (4) If the claim is secured, describe the security.]*

Promissory note for $12,800 dated 7-5-2017 with a maturity date 7-5-2024. Plus past due interest of

$691.20 to date 4/1/2023. Monthly installments were $128.00. Starting on November 2022 we have

only been receiving 10% of amount due, which has been $12.8. Plus any interest starting after

5/1/2023 not paid. The claim is past due because of missed payments and is in default. A security

agreement is with legal description Lake Haven Mobile Park, 3548 S. Big Lake, Big Lake, AK 99652.

_____

4/24/2023
_____        _____
         Date                   Signature of Claimant

                                Michelle Lex
CC: Ackworth                    _____
5/9/23                          Type or Print Name

                                ███████████████████████████████
                                Daytime Phone

P-310 (3/00)(cs)(bb pg 1 of 2)              AS 13.16.465
CLAIM AGAINST ESTATE                        Probate Rule 10

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT **Palmer** County

In the TRIAL COURTS
State of Alaska Third District
at Palmer, Alaska

MAY 0 5 2023

By _____
                    Deputy

IN THE MATTER OF THE ESTATE OF )
)
)
)
)
)
Chris D. Elder _____ . )
      Deceased )
)
_____ )

CASE NO. **3PA-23-00175PR**

**CLAIM AGAINST ESTATE**

The IRA Club FBO Steven Lex Roth IRA 2000864 _____, creditor of the

estate of Chris D. Elder _____, deceased, hereby states that said

estate is indebted to said creditor in the amount of $ 40,368.20 _____ for the following:

*[Instructions: (1) Describe the basis of the claim. (2) If the claim is not yet due, state the date it will become due. (3) If the claim is contingent or unliquidated, state the nature of the uncertainty. (4) If the claim is secured, describe the security.]*

Promissory note for $38,300 dated 7-5-2017 with a maturity date 7-5-2024. Plus past due interest of

$2068.20 to date 4/1/2023. Monthly installments were $383.00. Starting on November 2022 we have

only been receiving 10% of amount due, which has been $38.30. Plus any interest starting after

5/1/2023 not paid. The claim is past due because of missed payments and is in default. A security

agreement is with legal description Lake Haven Mobile Park, 3548 S. Big Lake, Big Lake, AK 99652.

4/24/2023
_____
Date

_____
Signature of Claimant

Steven Lex
_____
Type or Print Name

CC: AINSWORTH
5/9/23

P-310 (3/00)(cs)(bb pg 1 of 2)
CLAIM AGAINST ESTATE

AS 13.16.465
Probate Rule 10

FILED in the TRIAL COURTS
State of Alaska Third District
at Palmer, Alaska

MAY 05 2023

By _____
Deputy

IN THE MATTER OF THE ESTATE OF )
)
)
)
)
)
Chris D. Elder )          CASE NO. 3PA-23-00175PR
          Deceased )
_____ )
)          CLAIM AGAINST ESTATE

The IRA Club FBO Steven Lex IRA 1001085 _____, creditor of the

estate of Chris D. Elder _____, deceased, hereby states that said

estate is indebted to said creditor in the amount of $ 35,625.20 _____ for the following:

*[Instructions: (1) Describe the basis of the claim. (2) If the claim is not yet due, state the date it will become due. (3) If the claim is contingent or unliquidated, state the nature of the uncertainty. (4) If the claim is secured, describe the security.]*

Promissory note for $33,800 dated 7-5-2017 with a maturity date 7-5-2024. Plus past due interest of

$1825.20 to date 4/1/2023. Monthly installments were $338.00. Starting on November 2022 we have

only been receiving 10% of amount due, which has been $33.80. Plus any interest starting after

5/1/2023 not paid. The claim is past due because of missed payments and is in default. A security

agreement is with legal description Lake Haven Mobile Park, 3548 S. Big Lake, Big Lake, AK 99652.

4/24/2023
_____          _____
          Date                              Signature of Claimant
                                         Steven Lex
                                         _____
                                         Type or Print Name

CC: Ainsworth
5/9/23

P-310 (3/00)(cs)(bb pg 1 of 2)          AS 13.16.465
CLAIM AGAINST ESTATE          Probate Rule 10

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

AT __Palmer County__

IN THE MATTER OF THE ESTATE OF )
)
)
)
)
)
__Chris D. Elder__ )
Deceased )
)
)

Clerk of the Trial Courts

By_____ Deputy

CASE NO. __3PA-23-00175PR__

CLAIM AGAINST ESTATE

__Vincent J. Payne_____, creditor of the

estate of ____Chris D. Elder_____, deceased, hereby states that said

estate is indebted to said creditor in the amount of $ __74,410_____ for the following:

*[Instructions: (1) Describe the basis of the claim. (2) If the claim is not yet due, state the date it will become due. (3) If the claim is contingent or unliquidated, state the nature of the uncertainty. (4) If the claim is secured, describe the security.]*

I invested with Chris Elder in January 2017. The total amount I invested was $70,000. I have not been repaid in any way.

Amount: $70,000, Start Date: 01/05/2017, End Date: 01/05/2027 Monthly Payment: $700

Payments were reduced to $70 in October 2022. $630(reduced $)x7(months) =4,410

I have attached all files/correspondence pertaining to the agreement with Alaska Private
Equity/Chris Elder

12% Interest Rate, Amount Financed- $70,000, Total of Payments- $154,000, Finance Charge- $84,000. Security offered was "Homes to be built or acquired

and hence located at Lake Have Mobile Home Park 3548 South Big Lake Rd Big Lake AK 99652(pg 2 of Promissory Note/Disclosure Statement/Security Agreement

My payments have since been reduced and now no longer coming at all. I was to have "security" but see that property is not owned by APEQ now.

__04/25/2023__
Date

Signature of Claimant

Vincent J. Payne

Type or Print Name

CC: Aunworth
5/2/23

P-310 (3/00)(cs)(bb pg 1 of 2)
CLAIM AGAINST ESTATE

AS 13.16.465
Probate Rule 10

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT **Palmer County**

IN THE MATTER OF THE ESTATE OF )
)
)
)
)
)
Chris D. Elder                         )       CASE NO. 3PA-23-00175PR
_____                )
Deceased                               )
)       CLAIM AGAINST ESTATE
)

Virginia Bair
_____ , creditor of the
Chris D. Elder
estate of _____ , deceased, hereby states that said

estate is indebted to said creditor in the amount of $ _____ 106,300.00 _____ for the following:

*[Instructions: (1) Describe the basis of the claim. (2) If the claim is not yet due, state the date it will become due. (3) If the claim is contingent or unliquidated, state the nature of the uncertainty. (4) If the claim is secured, describe the security.]*

Original Note 100,000.00   Start Date 08/05/2019 Maturity Date 08/05/2026 Principal +

Monthly Installment Amount 1,000.00   Balance Left at time of Failure 147,300.00 (interest promised remaining)

| Exhibit | Date | Installments | Amount Paid | Unpaid Installment |
|---------|------|--------------|-------------|--------------------|
| 1 | 11/02/2022 | 1,000.00 | 100.00 | 900.00 |
| 2 | 12/05/2022 | 1,000.00 | 100.00 | 900.00 |
| 3 | 01/05/2023 | 1,000.00 | 100.00 | 900.00 |
| 4 | 02/01/2023 | 1,000.00 | 100.00 | 900.00 |
| 5 | 03/03/2023 | 1,000.00 | 100.00 | 900.00 |
| 6 | 03/31/2023 | 1,000.00 | 100.00 | 900.00 |
| 7 | 05/03/2023 | 1,000.00 | 100.00 | 900.00 |

05/15/2023
_____
Date

_____
Signature of Claimant

Virginia Bair
_____
Type or Print Name

CC: Ainsworth
8/1/23

P-310 (3/00)(cs)(bb pg 1 of 2)                    AS 13.16.465
CLAIM AGAINST ESTATE                             Probate Rule 10

FILED in the TRIAL COURTS
State of Alaska Third District
at Palmer, Alaska

**JUL 25 2023**

Clerk of the Trial Courts

By_____ Deputy

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT _Palmer County_

IN THE MATTER OF THE ESTATE OF )
)
)
)
)
)
Chris D. Elder )
_____ ) CASE NO. ___3PA-23-00175PR___
Deceased )
)
) **CLAIM AGAINST ESTATE**

_Equity Trust Co Custodian FBO Virginia Bair_ IRA , creditor of the
estate of _____Chris D. Elder_____ , deceased, hereby states that said

estate is indebted to said creditor in the amount of $ ___60,591.00___ for the following:

*[Instructions: (1) Describe the basis of the claim. (2) If the claim is not yet due, state the date it will become
due. (3) If the claim is contingent or unliquidated, state the nature of the uncertainty. (4) If the claim is
secured, describe the security.]*

Original Note 57,000.00     Start Date 05/05/2018    Maturity Date 05/05/2025 ulb

Monthly Installment Amount **570.00**     Balance Left at time of Failure **73,709** (principal + interest
promised remaining) 73,701 ulb

| Exhibit | Date | Installments | Amount Paid | Unpaid Installment |
|---|---|---|---|---|
| 1 | 11/03/2022 | 570.00 | 57.00 | 513.00 |
| 2 | 12/06/2022 | 570.00 | 57.00 | 513.00 |
| 3 | 01/04/2023 | 570.00 | 57.00 | 513.00 |
| 4 | 02/02/2023 | 570.00 | 57.00 | 513.00 |
| 5 | 03/06/2023 | 570.00 | 57.00 | 513.00 |
| 6 | 04/03/2023 | 570.00 | 57.00 | 513.00 |
| 7 | 05/04/2023 | 570.00 | 57.00 | 513.00 |

05/15/2023
_____Date_____

_____Signature of Claimant_____
Virginia L. Bair
_____Type or Print Name_____

CC: Ainsworth
8/11/23

P-310 (3/00)(cs)(bb pg 1 of 2)
CLAIM AGAINST ESTATE

AS 13.16.405
Probate Rule 10

FILED in the TRIAL COURTS
State of Alaska Third District
at Palmer, Alaska

**JUL 24 2023**

Clerk of the Trial Courts

By_____Deputy

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT PALMER

In the Matter of the Estate of )
)
CHRIS D. ELDER, )
)
Deceased. )
_____ )

Case No. 3PA-23-00175 PR

## CLAIM AGAINST ESTATE

Comes now, Creditors of the Estate of Chris D. Elder, Aubrey Barker and Marci Barker, by and through their attorney, Hal P. Gazaway, and hereby state that said estate is indebted to said creditors in the amount of $95,778.18, as of June 29, 2023, plus interest at the rate of 10% per annum.

Creditors Aubrey Barker and Marci Barker were referred to Chris D. Elder from their Life Insurance and Investment agent who provided them a life insurance policy. This agent has known Chris D. Elder since childhood and highly recommended him. With the help of this agent, Aubrey Barker and Marci Barker took out a Home Equity Line of Credit to invest $100,000.00 into Chris D. Elder's company, Alaska Private Equity 2, LLC. They received a Promissory Note from Alaska Private Equity 2, LLC on November 18, 2020 for $100,000, with interest of 10% per annum. (Exhibit 1)

The agreement with Chris D. Elder was that Alaska Private Equity 2, LLC would pay $1,000.00 per month for five years, for a total of $60,000.00, after which Alaska Private Equity 2, LLC would pay a final balloon payment of $90,000.00.

The most recent equity statement from First Mortgage, Inc. shows as of June 29, 2023 the current balance as $95,778.18. (Exhibit 2)

HAL P. GAZAWAY
ATTORNEY AT LAW
123 E. Fireweed Lane, Suite 215
ANCHORAGE, ALASKA 99503
(907) 338-8111 telephone
(907) 338-8118 facsimile

On October 28, 2022 Creditors received a letter addressed "Dear Investor" from Chris D. Elder. Mr. Elder explained his cancer diagnosis and proceeded to inform Creditors the money he had received from them had been fraudulently taken by Tycoon Trading, LLC. Chris Elder stated his intentions to repay the investment, "no matter how long it takes." (Exhibit 3)

DATED this _21st_ day of July, 2023.

By: _____
Hal P. Gazaway
Alaska Bar No. 7410077

CERTIFICATE OF SERVICE
I certify that the foregoing was email to the attorney of Personal Representative of the Estate of Chris D. Elder:
B. Neal Ainsworth        and mailed

DATED this 21st day of July, 2023.

_____
Velda Rolando

HAL P. GAZAWAY
ATTORNEY AT LAW
123 E. Firewood Lane, Suite 215
ANCHORAGE, ALASKA 99503
(907) 338-8111 telephone
(907) 338-8118 facsimile

IN THE MATTER OF THE ESTATE OF CHRIS D. ELDER        Case No. 3PA-23-00175 PR
CLAIM AGAINST ESTATE        Page 2 of 2

FILED in the TRIAL COURTS
State of Alaska Third District
at Palmer, Alaska

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT __Palmer__

JUL 18 2023

Clerk of the Trial Courts

By_____ Deputy

IN THE MATTER OF THE ESTATE OF

)
)
)
)
)
)

__Chris Donald Elder__.

Deceased

)
)
)
)

CASE NO. __3PA-23-00175PR__

CLAIM AGAINST ESTATE

__John Pantermuehl_____, creditor of the

estate of ____Chris Donald Elder_____, deceased, hereby states that said

estate is indebted to said creditor in the amount of $ __$99,134.60_____ for the following:

*[Instructions: (1) Describe the basis of the claim. (2) If the claim is not yet due, state the date
it will become due. (3) If the claim is contingent or unliquidated, state the nature of the
uncertainty. (4) If the claim is secured, describe the security.]*

(1) A $100,000 investment was made into Chris Elder's company APEQ 2, in which he contractually agreed to invest
in real estate and pay a monthly return (see Exhibit 1). During his management of the funds, he admitted to
breaching the contract and fraud, at which point he should have returned the funds. He personally misappropriated
the funds (see Exhibit 2). Mr. Ainsworth, the legal representation for the estate of Elder, said that Ms. Elder is listing
all assets for sale to repay investors (see Exhibit 3). The claim is based off of the breach in contract and subsequent
personal misappropriation of the funds, as well as Ms. Elder's statement via Mr. Ainsworth that assets are being
listed for sale to repay investors.

(2) The claim is currently due, due to breach of contract and personal misappropriation of funds
(see above).

(3) No. The full amount owed is $99,134.60 (see Exhibits 1, 2, 3, and 4).

(4) Yes, it is secured. Please see Exhibit 1, Confidential Private Placement Memorandum, top of p16.
Each Note will be considered a general debt obligation of APEQ 2 secured by any real estate
interests and/or other assets that APEQ 2 owns or which we may own in the future on a rolling basis.

__July 17, 2023__
Date

_John Pantermuehl_
Signature of Claimant
John Pantermuehl

Type or Print Name

CC: Ainsworth
8/1/23

P-310 (3/00)(cs)(bb pg 1 of 2)
CLAIM AGAINST ESTATE

AS 13.16.465
Probate Rule 10

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT **Palmer, Alaska**

FILED in the TRIAL COURTS
State of Alaska Third District
at Palmer, Alaska

JUL 1 7 2023

By_____
_____Deputy

IN THE MATTER OF THE ESTATE OF )
)
)
)
)
)
**Chris Elder** )
_____. )
Deceased )
_____ )
)

CASE NO. **3PA-23-00175PR**

CLAIM AGAINST ESTATE

**Truman A. Slate**
_____, creditor of the

estate of **Chris Elder**
_____, deceased, hereby states that said

estate is indebted to said creditor in the amount of $ ___**253,627.47**___ for the following:

*[Instructions: (1) Describe the basis of the claim. (2) If the claim is not yet due, state the date it will become due. (3) If the claim is contingent or unliquidated, state the nature of the uncertainty. (4) If the claim is secured, describe the security.]*

I had two investments with Mr Elder's APEQ 2 fund, the first was dated May 28, 2021, and the the amount of $120,000. The contractual

return was to be 8% per annum and the maturiy date of the investment was to be July 5, 2026. In late 2022, I was made aware

of Mr Elder's financial issues related to his son and the monthly return was reduced to 10% of what I was receiving. I was made

aware after Mr. Elder's passing that payments would not continue and I would need to pursue the estate. The second invesment was

was done via a Trust from my IRA Account in the amount of $133,627.47, was at a contractually guaranteed return of 8% per annum

and has a maturity date of November 5 2025. The situation is the same as the afforemented first investment. As this was most of my

retirement income and has created hardship for myself and my wife that is premanantly disabled I am seek to recover as much as

possible of the total of $253,627.47. We are currently living solely off of Social Security after the loss of this investment.

_7/10/2023_
Date

~~Truman Slate~~
**Signature of Claimant**
Truman A. Slate
_____
Type or Print Name

Cc: Ainsworth
8/1/23

P-310 (3/00)(cs)(bb pg 1 of 2)
CLAIM AGAINST ESTATE

AS 13.16.465
Probate Rule 10