Dear Investor,

This is a hard story to tell. As an investor, you never want to receive bad news. Unfortunately, I have some bad news that I must share with you. I was blindsided with devastating information this month. The holding account where I had money stored, while I searched for the next real estate deal (a hotel) has disappeared. The account was fraudulent, and all the money is believed to be gone.

The best way to tell you this is to do it in a chronological fashion. This is what happened.

For many years I have been placing money from investors in real estate and businesses in Alaska. This has always been my great endeavor, very steady and slow. The investors made a little money, I made a little money, and in many ways the community benefited too. The community received housing that it sorely needed. Many businesses flourished that otherwise would be failing. Nobody was getting rich, but everyone made a little and were satisfied. Life was good. I don't believe in luck, but I always tell people "I'm the luckiest guy I know"!

Garrett Elder is my youngest child, he is 29. He loves the currency market, and he enjoys day trading. He is the sole proprietor of his company, Tycoon Trading LLC. Tycoon Trading LLC was a really big success, and I was very proud of his achievements.

Time went on. I was doing very well from all my investments and times were great. I was recently remarried and super happy. I bought the finest restaurant where I live and made the slow and steady return that I have previously mentioned. Then Covid came and all that came with it. So many people received money from the government, and they were spending it everywhere! Real estate prices were soaring, going up, up, up. But I thought that this cannot last, inflation was so high. I finally decided to sell as much real estate as I could. It was a great decision and I made way more profit than I ever expected. My companies were solvent and flush with cash, just waiting for the market to change, as history has shown. I was actively shopping for a bigger deal, something like a hotel or another quality restaurant, knowing that so many of these businesses were failing due to Covid and that the market soon would be flush with great opportunity. However, It was a struggle to make the monthly payment to you, because I had liquidated so much of the income generating assets. But I thought that it was worth it and a good decision.

Then I got sick. After tests and examinations, the Doctors told me that I had cancer. The cancer was very advanced, and I was very sick. I began an aggressive course of Chemo and Radiation treatments. It was rough. I was so thankful that I had made all those investments, all those previous

years ago. Now I could focus on getting better. During this time, I was thankful to be paying you with the profits I realized from sales, while I waited for the market to change.

Then I decided to store my money in my son Garrett's Tycoon Trading account. Every month I received a statement showing an adequate return. The Tycoon Trading account paid every month more than the local bank did. I thought that this positive cash flow would be much more secure for you. This would preserve all my profits while I continued to wait for the market to change (and for that hotel to come along). This worked out very well and I was pleased!

Next came the devasting news that Tycoon Trading LLC has committed fraud. A cease-and-desist order has been placed on the company. I do not know the status of my account with Tycoon Trading. I do not know if or when I will be able to receive the funds from this account. Currently, I am taking legal action to have this money returned in full.

My intentions are to repay you, no matter how long it takes. I will be able to make small monthly payments to your account while I work toward having the money returned. As times get better and I am able to increase the payments, then I will do that.

I know that you, as an investor, understood your risk when you invested in my company. Any investment is a risk. We all know that. Please be assured that I am doing everything to have this money returned.

Sincerely,

*Chris Elder*

Chris Elder

Case 3:23-cr-00020-JMK-MMS   Document 58-4   Filed 11/03/23   Page 2 of 2

Exhibit D-5
Page 2 of 2