

# Public Recognition Life Saver Award

## Garrett Elder

The Life Saver Award is given to members of the community in recognition of meritorious acts during an emergency situation involving the prevention, or the attempt to prevent injury or death to citizens.

On June 07, 2021, Garrett Elder along with another citizen showed tremendous courage and composure in the face of an emergency by pulling a woman from a burning vehicle to safety. Had these two men not acted when and how they did, the woman would have likely perished in the burning vehicle.

In appreciation of your contributions and bravery, we hereby recognize Garrett Elder for your meritorious acts.

The Municipality of Anchorage and the Anchorage Fire Department would like to recognize Garrett Elder as a partner in the Anchorage community by presenting this award of recognition.

Presented by
Anchorage Fire Department
2021