IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>vs.<br><br>GARRETT ELDER,<br><br>                            Defendant. | Case No. 3:23-cr-20-JMK<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Before the Court is the Government's Motion for a Preliminary Order of Forfeiture at Docket 47. The Government gave notice of forfeiture in the Information at Docket 1. Pursuant to the Plea Agreement at Docket 30, Defendant pled guilty to Count 1, a violation of 18 U.S.C. § 1343, and admitted to the forfeiture allegations in the Information at Docket 1. Accordingly, the Court finds the notice requirement, determination of specific property, and the "requisite nexus between the property and the offense" of Federal Rules of Criminal Procedure 32.2(a) and 32.2(b)(1)(A) are satisfied. The Motion for Preliminary Order of Forfeiture at Docket 47 is **GRANTED**.

The following property and money judgment constitutes, or is derived from, any proceeds obtained, directly or indirectly, as the result of Defendant's violation of 18 U.S.C. § 1343.

Pursuant to 28 U.S.C. § 2461(c), Defendant forfeits all right, title, and interest, if any, in the following property including, but not limited to, that which is now adjudged condemned and forfeited to the United States of America:

1. 37 Acres of Vacant Land on Glen Alps Road, 99516
2. 2021 Ford F350, VIN -1085
3. 2021 Heartland Prowler (Camper Trailer), VIN -4345
4. 2022 Alweld Boat, Hull ID -H122
5. Interest in Aspen and Birches LLC
6. Interest in Mizuna Matata LLC and related entities
7. The funds contained in the accounts of Tycoon Trading LLC, the Daily Bread Fund, LLC, and other entities owned or controlled by defendant, including the following:

    a. Alaska USA FCU
    b. Wells Fargo
    c. Interactive Brokers Brokerage Account
    d. Forex.Com Brokerage Account GT
    e. Forex.Com Brokerage Account FX
    f. IG Brokerage Account
    g. First National Bank Alaska
    h. Robinhood Brokerage Accounts
    i. Oanda Brokerage Account

*United States v. Elder*     Case No. 3:23-cr-00020-JMK
Preliminary Order of Forfeiture     Page 2
Case 3:23-cr-00020-SLG-MMS     Document 63     Filed 11/07/23     Page 2 of 4

the proceeds of which, and any substitute property determined thereafter, shall be applied towards the payment of an *in personam* criminal forfeiture money judgment in the amount of $26,046,011.61.

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), the U.S. Marshal and/or the Federal Bureau of Investigation (FBI) is authorized to seize and take possession of the aforementioned property and hold such in its secure custody and control until further order of this Court, may conduct any discovery the Court considers proper in identifying, locating, or disposing of said property, and may commence proceedings that comply with any statutes governing third-party rights.

Pursuant to 21 U.S.C. § 853(n), the United States Attorney's Office shall publish notice of this Preliminary Order of Forfeiture and of the United States' intent to dispose of the property in such manner as the Attorney General may direct. The notice shall be published on the official government forfeiture website, www.forfeiture.gov, for at least 30 consecutive days. The notice shall state that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within 60 days from the first publication of notice or 30 days of receipt of actual notice, whichever is earlier.

The notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property. The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice as substitute for published notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture. Upon adjudication of all third-party interests, this Court shall enter a final order of forfeiture in which all interests will be addressed.

IT IS SO ORDERED this 7th day of November, 2023, at Anchorage, Alaska.

      */s/ Joshua M. Kindred*
      JOSHUA M. KINDRED
      United States District Judge

*United States v. Elder*  Case No. 3:23-cr-00020-JMK
Preliminary Order of Forfeiture  Page 4
Case 3:23-cr-00020-SLG-MMS   Document 63   Filed 11/07/23   Page 4 of 4