S. LANE TUCKER
United States Attorney

SETH BEAUSANG
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Seth.Beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARRETT ELDER, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:23-cr-00020-SLG |

**MOTION FOR AMENDED PRELIMINARY ORDER OF FORFEITURE**

The United States of America, by its undersigned counsel, respectfully submits its Motion for Amended Preliminary Order of Forfeiture in the above-entitled case for the reasons set forth below.

1. On August 31, 2023, the United States and Defendant stipulated to the interlocutory sale of the real property commonly known as 637 King Arthur Circle, #G-2 Anchorage, AK 99518 (the "King Arthur Circle Property"), which

Defendant acknowledged was subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) as any property, real or personal, which constitutes or is derived from proceeds traceable to the violation of Wire Fraud charged in the Information, with proceeds of the sale to be applied to any outstanding money judgment upon entry of a Final Order of Forfeiture. [Dkt. 39]

    2.      On September 6, 2023, the Court for good cause ordered the interlocutory sale of the King Arthur Circle Property. [Dkt. 42] The King Arthur Circle Property was subsequently sold and yielded proceeds after expenses of the sale in the amount of $86,242.34.

    3.      On May 19, 2023, Defendant pled guilty pursuant to a plea agreement and admitted the forfeiture allegations in the Information, including admitting that all of the proceeds of Defendant's conviction were subject to forfeiture. The plea agreement did not specifically mention the King Arthur Circle Property or the proceeds from the interlocutory sale. [Dkt. 30]

    4.      On November 7, 2023, the Court entered a Preliminary Order of Forfeiture, which also did not mention the King Arthur Circle Property or the proceeds of the interlocutory sale. [Dkt. 63][1]

    5.      The government subsequently published notice of forfeiture of several assets in this case, including the following asset:

---

[1] The government's Motion for Preliminary Order of Forfeiture noted that the Court had ordered the interlocutory sale of the King Arthur Circle Property. The government neglected to include the proceeds of the sale of the King Arthur Circle Property in its proposed order.

*United States v. Elder*     3:23-cr-00020-SLG
Motion for Amended Preliminary Order of Forfeiture     Page 2
Case 3:23-cr-00020-SLG-MMS     Document 85     Filed 07/12/24     Page 2 of 3

$86,242.34 in proceeds in lieu of Real property located at 637 King Arthur Circle, #G-2, Anchorage, Alaska 99518 Acct# 114048 (23-FBI-004171) which was seized from Stewart Title of Alaska on October 25, 2023 at 480 East 36th Avenue, located in Anchorage, AK

6. The Court may amend the Preliminary Order of Forfeiture at any time. Fed. R. Crim. P. 32.2(e)(2).

7. For the reasons stated herein, the Government respectfully requests that the Court enter the attached Amended Preliminary Order of Forfeiture.

RESPECTFULLY SUBMITTED this 12th day of July, 2024 in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

*/s/Seth Beausang*
SETH BEAUSANG
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on the filing date, a true copy of the foregoing was served electronically on:

**Counsel for Defendant**

*/s/Seth Beausang*
Assistant United States Attorney

*United States v. Elder*  3:23-cr-00020-SLG
Motion for Amended Preliminary Order of Forfeiture  Page 3
Case 3:23-cr-00020-SLG-MMS   Document 85   Filed 07/12/24   Page 3 of 3