S. LANE TUCKER
United States Attorney

SETH BEAUSANG
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Seth.Beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 3:23-cr-00020-JMK-MMS |
| GARRETT ELDER, | ) | |
| Defendant. | ) | |

### MOTION FOR SECOND AMENDED PRELIMINARY ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, respectfully submits its Motion for Second Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(2) and (e)(1) in the above-entitled case to more clearly identify the assets subject to forfeiture, make other corrections, as further explained below.

1. Defendant has been convicted of the offense alleged in Count 1 of

the Information in this case. In the Information, the United States gave notice to the defendant that, in the event of his conviction, he would be required to forfeit to the United States any property, real or personal, that constitutes or is derived from any proceeds traceable to such violations, including property of any kind obtained directly or indirectly, as a result of the alleged offense. The United States further gave notice that the defendant would be required to forfeit substitute property pursuant to the provisions of 21 U.S.C. § 853(p).

2. On May 18, 2023, the defendant, Garrett Elder, entered into a plea agreement with the United States [Dkt. 30] in which he admitted the Criminal Forfeiture Allegation in its entirety, including to the forfeiture of substitute assets, and the forfeiture of the following specific property:

>   a. 37 Acres of Vacant Land on Glenn Alps Road, 99516
>   b. 2021 Ford F350, VIN -1085
>   c. 2021 Heartland Prowler (Camper Trailer), VIN -4345
>   d. 2022 Alweld Boat, Hull ID -H122
>   e. Interest in Aspen and Birches LLC
>   f. Interest in Mizuna Matata LLC and related entities
>   g. The funds contained in the accounts of Tycoon Trading LLC, the Daily Bread Fund, LLC, and other entities owned or controlled by defendant, including the following:
>     i. Alaska USA FCU
>     ii. Wells Fargo
>     iii. Interactive Brokers Brokerage Account
>     iv. Forex.Com Brokerage Account GT
>     v. Forex.Com Brokerage Account FX
>     vi. IG Brokerage Account
>     vii. First National Bank Alaska
>     viii. Robinhood Brokerage Accounts
>     ix. Oanda Brokerage Account

3. The assets listed in g(i) and g(ii) were previously seized for

*United States v. Elder*   3:23-cr-00020-SLG-MMS
Motion for Second Amended Preliminary Order of Forfeiture   Page 2
Case 3:23-cr-00020-SLG-MMS   Document 90   Filed 08/28/24   Page 2 of 5

forfeiture and/or turned over by the defendant for forfeiture, and are more specifically identified as follows:

   a. A Cashier's Check in the amount of $15,156.23 remitted to the United States Marshals Service by Garrett Elder from his bank account at Alaska USA FCU;

   b. $29,661.33 in funds from Bank Account #XXXXXX5026 in the name of Daily Bread Fund LLC and Garrett A. Elder at Wells Fargo Bank;

   c. $349,801.32 in funds from Bank Account #XXXXXX5109 in the name of Northern Financial Services and Garrett A. Elder at Wells Fargo Bank;

   d. $351.22 in funds from Bank Account #XXXXXX8793 in the name of Buck Wilder and Associates, Garrett A. Elder, and Sarah E. Elder at Wells Fargo Bank

4. The 37 Acres of Vacant Land on Glenn Alps Road, 99516 is also known as Real Property located at 12955 Glenn Alps Road, Anchorage, Alaska 99516.

5. Defendant also turned over to the United States for forfeiture a boat trailer with the 2022 Alweld Boat identified above, which Defendant stated constituted or was derived from proceeds traceable to the Wire Fraud to which he pled guilty, specifically:

   a. 2022 Tuff Trailer USA Inc. Boat Trailer

*United States v. Elder*  3:23-cr-00020-SLG-MMS
Motion for Second Amended Preliminary Order of Forfeiture  Page 3
Case 3:23-cr-00020-SLG-MMS    Document 90    Filed 08/28/24    Page 3 of 5

6. On August 31, 2023, the United States and Defendant stipulated to the interlocutory sale of the real property commonly known as 637 King Arthur Circle, #G-2 Anchorage, AK 99518 (the "King Arthur Circle Property"), which Defendant acknowledged was subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) as any property, real or personal, which constitutes or is derived from proceeds traceable to the violation of Wire Fraud charged in the Information, with proceeds of the sale to be applied to any outstanding money judgment upon entry of a Final Order of Forfeiture. [Dkt. 39]

7. On September 6, 2023, the Court for good cause ordered the interlocutory sale of the King Arthur Circle Property. [Dkt. 42] The King Arthur Circle Property was subsequently sold and yielded proceeds after expenses of the sale in the amount of $86,242.34.

8. The government further requests that the Court enter an in personam criminal forfeiture money judgment against the defendant in the amount of $26,077,233.72, which is the amount of restitution ordered at sentencing [Dkt. 79] and which is an amount not more than the proceeds of the defendant's offense of conviction.[1] The proceeds of forfeited property and substitute property will be applied toward the payment of the money judgment.

---

1 The Court previously ordered an in personam criminal forfeiture money judgment against the defendant in the amount of $26,046,011.61, [Dkt. 63], which represented the government's then-estimate of the defendant's restitution obligation.

*United States v. Elder*  3:23-cr-00020-SLG-MMS
Motion for Second Amended Preliminary Order of Forfeiture  Page 4
Case 3:23-cr-00020-SLG-MMS   Document 90   Filed 08/28/24   Page 4 of 5

9. For the reasons stated herein, the Government respectfully requests that the Court enter the attached Proposed Second Amended Preliminary Order of Forfeiture.

RESPECTFULLY SUBMITTED this 28th day of August, 2024 in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

*/s/Seth Beausang*
SETH BEAUSANG
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on the filing date, a true copy
of the foregoing was served electronically on:

**Counsel for Defendant**

*/s/Seth Beausang*
Assistant United States Attorney

*United States v. Elder*  3:23-cr-00020-SLG-MMS
Motion for Second Amended Preliminary Order of Forfeiture  Page 5
Case 3:23-cr-00020-SLG-MMS  Document 90  Filed 08/28/24  Page 5 of 5