**Daniel Reitz**
**Jazmyn Reitz**
4605 Old Mill Ct
Salida, CA 95368

10/15/2024

**Office of the Clerk**
U.S. District Court
222 W. 7th Avenue, Box 4, Room 229
Anchorage, AK 99513-7564

Re: Case No. 3:23-cr-00020-SLG-MMS
United States v. Garrett Elder
Claim Regarding Forfeited Assets

Dear Clerk of the Court and Assistant U.S. Attorney Seth Beausang,

I, Daniel Reitz, and my wife, Jazmyn Reitz, respectfully submit this letter as our formal petition regarding the forfeited assets in the case of *United States v. Garrett Elder*. We assert a legal interest in the assets forfeited as part of this case, as we were victims of Garrett Elder's fraudulent scheme and suffered significant financial losses as a result.

### Summary of Facts:

1. **Tycoon Trading/Daily Bread Fund Investment Losses**
   We invested substantial funds into the fraudulent scheme run by Garrett Elder under the *Tycoon Trading / Daily Bread Fund*, which purported to be a Forex trading operation. The head trader of this operation was Garrett Elder, and it was based at 7120 Old Seward Highway, Suite 205, Anchorage, Alaska. Below are the detailed facts of our investment:
   **Investment Facts:**
   - *Personal Account (Daniel Reitz)*:
     - Initial Investment: $43,000.
     - Payouts:
       - 2021: $3,146.59 (monthly withdrawals via bank wire).
       - 2022: $3,296.56 (monthly withdrawals via bank wire).
       - Total Monthly Payouts: $6,443.15.
       - Lump Sum Payout (July 2022): $55,389.55.
     - Total Payouts Received: $61,832.70.
   - *IRA Accounts (Daniel Reitz & Jazmyn Reitz)*:
     - Initial Investments: $12,000 each (totaling $24,000).
     - No payouts were received from the IRA accounts.

2. **Overall Investment Summary:**
   o Total Personal Investment: $43,000.
   o Total IRA Investment: $24,000.
   o Total Payouts from Personal Account: $61,832.70.
   o Net Amount from Personal Account: $43,000 (investment) - $61,832.70 (payouts) = +$18,832.70.
   o However, the IRA accounts have received no payouts, resulting in a net loss of -$24,000.
   o **Overall Net Position:**
     ▪ Net Gain from Personal Account: +$18,832.70.
     ▪ Net Loss from IRA Accounts: -$24,000.
     ▪ **Overall Net Loss: -$5,167.30.**

3. While we did receive payouts from the personal account, the funds in the IRA accounts, totaling $24,000, remain completely unpaid. These losses are directly tied to Garrett Elder's fraudulent activities, which are now subject to forfeiture. Therefore, we are asserting our right to claim compensation from the forfeited assets to cover these losses.

4. **APEQ Investment and Connection to Garrett Elder**
   In addition to our losses with the Tycoon Trading / Daily Bread Fund, we also invested in the Alaska Private Equity (APEQ) fund, which was managed by Garrett Elder's father, Chris Elder. However, it has come to light that Chris Elder diverted APEQ funds into Garrett's fraudulent operations, thus connecting both schemes and causing us further financial harm.
   **Details of the APEQ Investment:**
   o Our total investment in the Alaska Private Equity entities was at least $150,000, with total payouts of $38,433.50 as of September 2024, leaving us with a loss of $111,566.50.
   o Investments were made in 2019 and 2020, structured as promissory notes serviced by First Mortgage, Inc.

5. **Breakdown of APEQ Notes:**
   o **First note** (#6312687): Initial investment of $50,000, current balance $48,032.62, 8.00% interest, no specific collateral listed.
   o **Second note** (#6312429): Initial investment of $50,000, current balance $42,386.08, 10.00% interest, no specific collateral listed.
   o **Third note** (#9812301): Initial investment of $50,000, current balance $25,205.08, 12.00% interest, collateralized by a unit lot on 801 Blind Nick Dr., Wasilla, AK.

6. Regular payouts ceased around September - October 2022, following the illness and passing of Chris Elder in January 2023. Despite multiple attempts to contact Chris Elder's estate representative, attorney Neal Ainsworth, no responses have been received, and no further payouts have been made. This further exacerbates our financial loss.

**Petition for Hearing:**

Pursuant to 21 U.S.C. § 853(n)(2), we are requesting a hearing to adjudicate our claim to the forfeited assets in this case. Both the Tycoon Trading / Daily Bread Fund and the Alaska Private Equity Fund are closely tied to Garrett Elder's fraudulent activities, and we are asserting that we should be compensated for our losses through the forfeited assets.

**Petition for Remission:**

Alternatively, we request that this office consider our claim through a petition for remission under 28 CFR Part 9. We are victims of a clear and malicious fraudulent scheme and believe that the forfeited assets should be used to compensate those of us who have lost significant amounts of money.

We have enclosed documentation supporting the nature and extent of our losses. Please inform us of any further requirements or documentation needed, and we look forward to having our case reviewed in court.

Sincerely,
Daniel Reitz
Jazmyn Reitz

DANIEL & JAZMYN REITZ
4605 OLD MILL CT
SALIDA CA, 95368

SACRAMENTO CA  957

16 OCT 2024  PM 5  L

As in past elections,
USPS is ready.

If you choose to vote by mail,
please mail early.

FREEDOM
FOREVER/USA

OFFICE OF THE CLERK
U.S. DISTRICT COURT
222 W. 7TH AVENUE, BOX 4, ROOM 229
ANCHORAGE, AK 99513-7564