IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:23-cr-00020-SLG-MMS |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| GARRETT ELDER, | ) |
| Defendant. | ) |

**MOTION FOR AN EXTENSION OF TIME TO RESPOND TO MOTION FOR HEARING FILED AT DKT. 92**

COMES NOW, the United States of America, to move for an extension of time, until December 11, 2024, to file a response to the Motion for Hearing filed at Dkt. 92 by Daniel Reitz and Jazmyn Reitz (Petitioners). The government seeks an extension of time for the following reasons:

1. On November 13, 2023, Defendant Garrett Elder was convicted of one count of wire fraud. [Dkt. 79] Defendant executed a scheme to defraud in which he made false statements that convinced victims to send him money to invest that Defendant then largely stole and lost trading. [Dkt. 1] Defendant was ordered to pay restitution in the amount of $26,077,233.72 to more than 200 victims. [Dkt. 79] Petitioners are among the victims owed restitution.

2. On October 2, 2024, the Court ordered a Second Amended Preliminary Order of Forfeiture. [Dkt. 91] The government sought the Second Amended Preliminary Order of Forfeiture to more clearly identify the seized assets subject to forfeiture and make other corrections. [Dkt. 90] Among other issues, the previous Preliminary Order of

Forfeiture did not identify all of the seized assets. [Dkt. 63]

3. On October 4, 2024, pursuant to Fed. R. Crim. P. 32.2(b)(6)(C) and Rule G(4)(a)(iv)(C) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the government first published notice of the Second Amended Preliminary Order of Forfeiture on forfeiture.gov. Pursuant to 21 U.S.C. § 853(n)(2) and Supplemental Rule G(4)(a)(iv)(C), the time for persons receiving notice through publication to file a claim is expected to expire on or about December 4, 2024.

3. On or about October 10, 2024, pursuant to Fed. R. Crim. P. 32.2(b)(6)(D) and Supplemental Rule G(4)(b)(iii), the government sent notice to persons who reasonably appeared to be a potential claimant, including the victims of Defendant's fraud. *See United States v. Wilson*, 659 F.3d 947, 956 (9th Cir. 2011) (victims of fraud have standing to claim proceeds of fraud under a constructive trust theory). Pursuant to 21 U.S.C. § 853(n)(2), persons receiving direct notice have 30 days to file a claim.

4. The government expects that the time for all claims to be filed will expire on or about December 4, 2024. Because additional claims may be filed, and so the government can respond to all claims in a single filing and not piecemeal, the government requests that the time to respond to the Motion for Hearing filed at Dkt. 92, and any additional claims, be extended until December 11, 2024.

5. A proposed order is submitted herewith.

//
//
//
//

RESPECTFULLY SUBMITTED this 5th day of November 2024, in Anchorage, Alaska.

        S. LANE TUCKER
        United States Attorney

        */s/Seth Beausang*
        SETH BEAUSANG
        Assistant United States Attorney
        United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on the filing date, a true copy
of the foregoing was served by First Class Mail on:

Daniel Reitz
Jazmyn Reitz
4605 Old Mill Ct
Salida, CA 95368

*/s/Seth Beausang*
Assistant United States Attorney