IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:23-cr-00020-SLG-MMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GARRETT ELDER, | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED ORDER]

AND NOW, upon consideration of the United States' Motion for an Extension of Time to Respond to Motion for Hearing Filed at Dkt. 92, for good cause shown, it is hereby ORDERED that the Motion for an Extension of Time is GRANTED. The United States shall file a response to the Motion for Hearing, and any other claims, on or before December 11, 2024

IT IS SO ORDERED this _____ day of November 2024, at Anchorage, Alaska.

_____
HON. SHARON L. GLEASON
United States District Court Judge