Jason A Thomas
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650

Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Petitioner
Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GARRETT ELDER | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. 3:23-CR-0020-SLG-MMS |

## CLAIM AND PETITION FOR HEARING

The Municipality of Anchorage (MOA), a municipality organized under Alaska Statutes and the Municipality of Anchorage Charter, asserts a claim of a property interest and a property tax lien and judgment of $10,534.35 against the subject property, "37 Acre of Vacant Land on Glenn Alps Rd, 99516, also known as Real Property located at 12955 Glenn Alps Road, Anchorage Alaska 99516."

## STATE FORECLOSURE PROCEDURAL HISTORY

MOA filed its yearly tax foreclosure action in 3AN-24-07694CI. The Defendant and Sarah Elder owned the subject property and failed to pay $5,333.17 in FY 2023 property taxes to the MOA on the subject property, and therefore their property was included in the yearly foreclosure action. The property taxes remained unpaid. A Final Judgment and Decree of Foreclosure issued on October 7, 2024 against the subject property. [Ex. 1] Upon the Final Judgment and Decree of Foreclosure, all properties for which taxes have not been paid, including the subject property, were transferred to the municipality for the lien amounts pursuant to A.S. 29.45.390.

Following the issue of the Final Judgment and Decree of Foreclosure, the MOA holds the property during a redemption period of not less than one year pursuant to A.S. 29.45.400. During the redemption period, the MOA may not sell the property, and the former owner(s) or a third party may redeem the property by tendering full payment of taxes, interest, penalties, costs to the MOA. *See* A.S. 29.45.400-420.

Property taxes on the subject property remain unpaid for FY 2023 and 2024. The total taxes, penalties, interest, and costs due as of December 6, 2024 are $10,534.35, with interest continuing to accrue. [Ex. 2] The property remains transferred to the MOA to secure payment of all unpaid taxes.

**CLAIM**

1. The Municipality of Anchorage is a municipality organized under the Municipality of Anchorage Charter and A.S. 29.10.010.

2. The MOA levies property taxes on the subject property pursuant to authority in A.S. 29.35.010, 29.45.010 et. seq., Anchorage Charter 14.01 et. seq. and AMC 12.05.010 et. seq.

3. Property tax, and the lien for such thereof, accrues in full yearly on January 1.

4. The subject property is within the MOA and taxed by the MOA.

5. The Defendant and Sarah Garrett were the previous property owners of the subject property.

6. The Defendant and Sarah Garrett are responsible to pay the property taxes levied on the subject property.

7. The Defendant and Sarah Garrett failed to pay their property taxes for the subject property and owe $10,534.35 in unpaid property taxes, fees, and penalties to the MOA with interest continuing the accrue. [Ex. 2]

8. Such property taxes are a lien upon the taxed property and such lien is prior and paramount to all other liens or encumbrances against the property under state law pursuant to A.S. 29.45.300(b).

WHEREFORE, the MOA requests its restitution for its liens and property interest, payment of any property tax due from the sale of the property, and a hearing to defend its claim.

Respectfully submitted this 6th day of December, 2024.

EVA R. GARDNER
Municipal Attorney

By: *s/Jason A Thomas*
Municipal Attorney's Office

P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org
Alaska Bar No. 2005028

Certificate of Service
The undersigned hereby certifies that on December 10, 2024, a true and correct copy of the foregoing was served on:

Assistant U.S. Attorney, Seth Beausang
222 W. 7th Ave #9 Room 253
Anchorage, AK 99513-7567

Daniel Reitz
Jazmyn Reitz
4605 Old Mill Ct
Salida, CA 95368

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s *Marie Stafford*
Marie Stafford , Legal Secretary
Municipal Attorney's Office

CLAIM AND PETITION FOR HEARING
*USA v Elder, Case No. 3:23-CR-0020-SLG-MMS*
Page 4 of 4
Case 3:23-cr-00020-SLG-MMS   Document 96   Filed 12/09/24   Page 4 of 4