Jason A. Thomas
Assistant Municipal Attorney
Email: courtdocs@muni.org

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| In re: Municipality of Anchorage Annual Foreclosure for Delinquent Real Property Taxes and Special Assessments for the Year 2023 and prior years. | Case No. 3AN-24-07694CI |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

On September July 10, 2024, the Municipality of Anchorage petitioned the court for a judgment and decree of foreclosure. More than 30 days have passed since the date of the last publication of the foreclosure list in the manner provided by law. Therefore, this court makes the following findings of fact and conclusions of law:

### FINDINGS OF FACT

1. Petitioner is a home rule municipality organized and existing under the laws of the State of Alaska and is located in the Third Judicial District of the State of Alaska.

2. During the 2023 calendar year and prior years the Municipality levied real property taxes under AS 29.45.240 and Anchorage Municipal Code (AMC) Chapter 12.15; and special assessments under AS Chapter 29.46 and AMC Title 19.

3. On July 10, 2024, the Municipality filed a Petition for Judgment and Decree of Foreclosure. The petition included a foreclosure list, describing all parcels for which

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL
ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550



taxes and special assessments remained unpaid and delinquent for the year 2023 and prior years.

4. The Municipality published the foreclosure list for four consecutive weeks in a newspaper of general circulation within the Municipality of Anchorage and mailed notices of the foreclosure proceedings to the last known owner of each property on the foreclosure list and to all holders of mortgages or other liens of record on the property requesting notice.

5. The Municipality has attached Exhibit A, a revised foreclosure list of parcels upon which the Municipality of Anchorage levied real property taxes and special assessments for the year 2023 and prior years and – except where noted that a timely objection was filed, payment of the delinquency was made, the property is subject to bankruptcy proceedings, or where the Municipality has made an administrative decision to remove a parcel from the foreclosure list – which are delinquent and remain unpaid as of September 13, 2024.

## CONCLUSIONS OF LAW

1. This court has jurisdiction to adjudicate this case.

2. Publication and notice of this proceeding were made in accordance with all applicable laws.

3. All taxes and special assessments on the parcels of land appearing on the revised foreclosure list were lawfully assessed and levied for the year 2023 and prior years.

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL
ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Findings of Fact and Conclusion of Law
Tas Foreclosures for (2023); Case No. 3AN-24-07694CI
Page 2 of 3

4. All unpaid taxes and special assessments against property appearing on the revised foreclosure list for the year 2023 and prior years are, except where noted, delinquent and penalty, interest, costs and attorney fees have accrued upon such property.

5. In accordance with Alaska Rule of Civil Procedure 41(a)(1), his case is dismissed without prejudice as against those properties on the revised foreclosure list (Exhibit A) where the Municipality has lined-out the property and noted payment of the delinquency was made.

6. In accordance with AS 29.45.380 and AS 29.45.390(a) the court may enter a judgment and decree of foreclosure against all property for which no objection was filed.

7. In accordance with AS 29.45.390(c), this judgment and decree of foreclosure hereby entered stops objections that could have been presented before judgment and decree of foreclosure.

8. Pursuant to Civil Rule 54(b) this court expressly determines there is no just reason for delay to enter judgment.

DATED this _____ day of September 2024, at Anchorage Alaska.

Hon. Josie Garton
Superior Court Judge

I certify that this is a true and correct copy of the original on file in my office
ATTEST:
Clerk of the Trial Courts at Anchorage
By _____ 10.9.2024
Deputy    Date

MUNICIPALITY OF ANCHORAGE

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Findings of Fact and Conclusion of Law
*Tas Foreclosures for (2023);* Case No. 3AN-24-07694CI
Page 3 of 3

I certify that on 10-9-2024 a copy was mailed to each of the following at their address of records:
_____
Deputy Clerk / Administrative Assistant

| Owner | Parcel ID | Legal Description | Year | Principal | Pen & Int | Cost |
|---|---|---|---|---|---|---|
| EATON JOHN T & BETTY D | 010-135-50-000 | MORTON<br>BLK 2 LT 11 | 2023<br>2022 | $4,242.19<br>$4,135.90 | $853.74<br>$674.29 | $45.00<br>$0.00 |
| ECHEVARRIA EDWARD C | 011-213-07-000 | LAKEHURST<br>BLK 5 LT 12B | 2023<br>2022<br>2021 | $6,251.73<br>$6,089.34<br>$6,083.55 | $1,258.15<br>$1,600.96<br>$1,937.41 | $45.00<br>$140.00<br>$140.00 |
| ~~EDES KAREN MARIAN LIVING TRUST~~<br>~~EDES KAREN M TRUSTEE~~ | ~~007-022-15-005~~ | ~~TUDOR~~<br>~~BLK 1 LT 11~~<br>~~EASTVIEW PHASE 1 - UNIT 305~~ | ~~2021~~ | ~~$2,908.44~~ | ~~$817.97~~ | ~~$140.00~~ |
| ~~EDWARDS AUDREY (TOD)~~ | ~~005-046-47-000~~ | ~~MONTA VISTA~~<br>~~BLK 2 LT 5~~ | ~~2022~~ | ~~$439.18~~ | ~~$115.47~~ | ~~$140.00~~ |
| ELDER GARRETT & SARAH | 021-011-04-000 | T12N R2W SEC 30 SM<br>NE4NE4 PTN | 2023 | $4,402.24 | $885.93 | $45.00 |
| ELDORADO BUILDING LLC | 002-104-47-000 | ORIGINAL TOWNSITE OF ANCHORAGE<br>BLK 22 LT 10 & 11 | 2023<br>2022 | $17,052.16<br>$16,302.80 | $3,431.70<br>$4,286.17 | $45.00<br>$140.00 |
| ELY VAN HORN | 010-206-01-000 | LINCOLN PARK<br>BLK 5 LT 9 | 2023 | $4,364.80 | $878.41 | $45.00 |
| EMBLEY TOM & GIRDWOOD MINING COMPANY 50% EACH | 014-022-50-000 | DOWLING #3<br>LT 1B | 2023<br>2022<br>2021 | $6,536.13<br>$6,572.66<br>$6,903.46 | $1,315.38<br>$1,728.02<br>$2,198.52 | $45.00<br>$140.00<br>$140.00 |
| EMBLEY TOM & GIRDWOOD MINING COMPANY 50% EACH | 014-022-51-000 | DOWLING #3<br>LT 1C | 2023<br>2022<br>2021 | $26,675.80<br>$25,697.84<br>$27,604.83 | $5,368.43<br>$6,756.21<br>$8,791.19 | $45.00<br>$140.00<br>$140.00 |
| ~~EMERY GLORIA~~ | ~~010-122-01-001~~ | ~~LINTNER~~<br>~~LT 34~~<br>~~NORTHWOOD - UNIT 1~~ | ~~2023~~ | ~~$99.69~~ | ~~$19.23~~ | ~~$45.00~~ |
| ENEBOE RICHARD | 014-053-06-000 | SHELIKOF<br>BLK 3 LT 31 | 2023 | $1,357.29 | $261.84 | $45.00 |
| ~~ENRIQUEZ JAMES J~~ | ~~014-255-15-000~~ | ~~THE ISLE~~<br>~~LT 1~~ | ~~2023~~<br>~~2022~~ | ~~$1,602.54~~<br>~~$1,584.64~~ | ~~$322.51~~<br>~~$416.60~~ | ~~$45.00~~<br>~~$129.89~~ |
| EQUITY TRUST COMPANY FBO SCANLON THOMAS M IRA 85% & SCANLON VICKI J 15% | 014-291-94-000 | MOOREHAND #2<br>LT 1B | 2023<br>2022 | $8,412.82<br>$7,805.36 | $1,693.05<br>$2,052.11 | $45.00<br>$140.00 |
| EQUIVEST MTGE INCOME TRST INC 50% & PENSCO TRUST COMPANY FBO RONALD E GREISEN IRA | 020-151-17-000 | HUNTER HEIGHTS<br>TR 2 | 2023<br>2022 | $2,857.84<br>$256.48 | $575.13<br>$23.83 | $45.00<br>$0.00 |
| ~~ERMAK ANNA~~ | ~~014-071-54-000~~ | ~~CAMPBELL HEIGHTS~~<br>~~BLK 2 LT 4D~~ | ~~2023~~ | ~~$419.32~~ | ~~$21.49~~ | ~~$45.00~~ |
| ~~ERNOUF WILLIAM S~~ | ~~001-031-12-004~~ | ~~ORIGINAL TOWNSITE OF ANCHORAGE~~<br>~~BLK 58 LT 11A~~<br>~~WATERS EDGE - UNIT 4~~ | ~~2023~~ | ~~$1,956.75~~ | ~~$377.49~~ | ~~$45.00~~ |
| EVANS SHERRY L | 003-113-04-000 | THIRD ADDITION TO THE TOWNSITE OF ANCHORAGE<br>BLK 20B LT 4 N2 | 2023 | $2,752.04 | $553.83 | $45.00 |
| EVANS WILLIAM OSMOND SMITH | 010-094-26-000 | WOODLAND PARK<br>BLK C LT 16CR | 2023 | $122.09 | $23.55 | $45.00 |
| EXPRESS CHUGACH HWY 1 LLC | 003-071-86-000 | EAST ADDITION TO THE TOWNSITE OF ANCHORAGE<br>BLK 13A LT 5A | 2023 | $30.00 | $1.79 | $45.00 |
| EXPRESS CHUGACH HWY 1 LLC | 003-071-89-000 | EAST ADDITION TO THE TOWNSITE OF ANCHORAGE<br>BLK 13A LT 8B | 2023 | $30.00 | $1.79 | $45.00 |

| Owner | Parcel ID | Legal Description | Year | Principal | Pen & Int | Cost |
|---|---|---|---|---|---|---|
| LEYDON ROSEANNE M | 002-093-11-000 | EAST ADDITION TO THE TOWNSITE OF ANCHORAGE BLK 25A LT 26 | 2023<br>2022 | $ 133.86<br>$ 224.70 | $ 23.60<br>$ 57.01 | $0.00<br>$0.00 |
| LEYDON ROSEANNE M | 002-093-54-000 | EAST ADDITION TO THE TOWNSITE OF ANCHORAGE BLK 25A LTS 27 & 28 | 2023<br>2022 | $ 344.16<br>$ 517.05 | $ 60.66<br>$ 131.21 | $0.00<br>$0.00 |
| OSOWSKI SHANE J | 002-083-74-000 | EAST ADDITION TO THE TOWNSITE OF ANCHORAGE BLK 37 LT 5 | 2023<br>2022 | $ 305.10<br>$ 298.65 | $ 53.77<br>$ 75.78 | $0.00<br>$0.00 |
| OSOWSKI SHANE J | 002-083-75-000 | EAST ADDITION TO THE TOWNSITE OF ANCHORAGE BLK 37 LT 4 N2 | 2023<br>2022 | $ 28.20<br>$ 28.20 | $ 4.97<br>$ 7.16 | $0.00<br>$0.00 |
| OTTO ENTERPRISES LLC | 002-096-73-000 | MCKAY LT C1 | 2023 | $ 713.55 | $ 125.77 | $0.00 |
| ~~PARK TOM R~~ | ~~002-125-02-036~~ | ~~ORIGINAL TOWNSITE OF ANCHORAGE BLK 111 LT 7A THE FOUNTAINS - UNIT 218~~ | ~~2023~~ | ~~$ 168.00~~ | ~~$ 29.61~~ | ~~$0.00~~ |
| ~~RESPONSE CHURCH INC~~ | ~~002-091-12-000~~ | ~~EAST ADDITION TO THE TOWNSITE OF ANCHORAGE BLK 16 LT 24B~~ | ~~2023~~ | ~~$ 877.50~~ | ~~$ 154.66~~ | ~~$0.00~~ |
| ~~RESPONSE CHURCH INC~~ | ~~002-091-38-000~~ | ~~EAST ADDITION TO THE TOWNSITE OF ANCHORAGE BLK 16 LT 4B~~ | ~~2023~~ | ~~$ 398.85~~ | ~~$ 70.30~~ | ~~$0.00~~ |
| SCRENOCK LEE JOHN & HAE YOON K | 002-103-23-000 | ORIGINAL TOWNSITE OF ANCHORAGE BLK 44 LT 5 E2 | 2023<br>2022 | $ 425.85<br>$ 412.95 | $ 75.06<br>$ 104.79 | $0.00<br>$0.00 |
| TIGER INVESTMENTS LLC | 002-095-16-000 | ORIGINAL TOWNSITE OF ANCHORAGE BLK 115 LT 9 | 2023 | $ 899.85 | $ 158.60 | $0.00 |
| TIGER INVESTMENTS LLC<br>% NICK COLTMAN | 002-095-14-000 | ORIGINAL TOWNSITE OF ANCHORAGE BLK 115 LT 11 | 2023 | $ 762.30 | $ 134.36 | $0.00 |

DID

I, Glenn Cipriano Treasurer of the Municipality of Anchorage, do hereby certify that the foregoing roll designated as the delinquent Downtown Improvement District Assessment foreclosure list for the year 2024 is the true and correct roll of all currently delinquent Downtown Improvement District assessments of the Municipality of Anchorage for the year 2023 and prior years.

Given under my hand and the seal of the Municipality of Anchorage this __ day of June 2024.

Glenn Cipriano, Treasurer
Municipality of Anchorage

Attest:

Jamie L. Heinz
Municipal Clerk



## Anchorage Water & Wastewater Utility Assessment

| Name | Parcel | Legal Description | Year | Principal | Pen, Int & Admin | Cost | Type |
|---|---|---|---|---|---|---|---|
| BRILEY EDYTH M & CHAD W | 012-411-13-00 | CAMPBELL LAKE HEIGHTS #1 LT 10 | 2023 | $477.16 | $341.97 | $45.00 | SEDIMENT |
| BUSS LARRY A | 011-51-45-000 | COUNTRY LANE ESTATES BLK 1 LT 15 | 2023 | $386.81 | $288.07 | $45.00 | WID |
| ~~CROWE TALMADGE LAYNE JR & COUNTS WYND~~ | ~~012-412-02-000~~ | ~~CAMPBELL LAKE HEIGHTS #10 BLK 4 LT 6~~ | ~~2023~~ | ~~$457.63~~ | ~~$239.59~~ | ~~$45.00~~ | ~~ROAD 06-19~~ |
| ~~CROWE TALMADGE LAYNE JR & COUNTS WYND~~ | ~~012-412-02-000~~ | ~~CAMPBELL LAKE HEIGHTS #10 BLK 4 LT 6~~ | ~~2023~~ | ~~$515.87~~ | ~~$308.61~~ | ~~$45.00~~ | ~~SEDIMENT~~ |
| ~~MCKENNA MICHAEL ANDREW JR & ELENA MICHELLE~~ | ~~012-382-71-000~~ | ~~CLOE STRID LT 1~~ | ~~2023~~ | ~~$487.06~~ | ~~$337.42~~ | ~~$45.00~~ | ~~SEDIMENT~~ |
| ~~QUICKEN LOANS INC~~ | ~~012-383-23-000~~ | ~~CAMPBELL LAKE HEIGHTS #10 BLK 1 LT 14~~ | ~~2023~~ ~~2022~~ | ~~$369.38~~ ~~$706.18~~ | ~~$260.37~~ ~~$727.55~~ | ~~$45.00~~ ~~$251.31~~ | ~~ROAD 06-19~~ |
| ~~UNITED PENTECOSTAL CHURCH OF EAGLE RIVER~~ | ~~051-323-08-000~~ | ~~LAKE RIDGE TERRACE BLK 9 LT 7~~ | ~~2023~~ | ~~$734.33~~ | ~~$2,491.20~~ | ~~$45.00~~ | ~~WATER 14-W-3~~ |
| WINN ROBERT L | 006-182-25-000 | CHESTER VALLEY #6 BLK 2 LT 9 | 2023 | $841.82 | $359.08 | $45.00 | WATER |
| WINN ROBERT L | 006-182-25-000 | CHESTER VALLEY #6 BLK 2 LT 9 | 2023 | $835.88 | $364.80 | $45.00 | SEWER LATERAL |

AWWU

I, Jack Broyles Jr., Director of the Finance Division, Anchorage Water and Wastewater Utility, do hereby certify that the foregoing roll designated as the delinquent Special Assessments Lien column list for the year 2024 is the true and correct roll of all currently delinquent special assessments of the Municipality of Anchorage for the year 2023 and prior years.

Given under my hand and the seal of the Municipality of Anchorage this 20th day of June 2024.

Jack Broyles Jr., CPA, Director
Finance Division
Anchorage Water and Wastewater Utility

Attest:
Jasmine Acres
Municipal Clerk
Municipality of Anchorage



Jason A. Thomas
Assistant Municipal Attorney
Email: courtdocs@muni.org

FILED in the Trial Courts
State of Alaska Third District

OCT 07 2024

Clerk of the Trial Courts
By_____ Deputy

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| In re: Municipality of Anchorage Annual Foreclosure for Delinquent Real Property Taxes and Special Assessments for the Year 2023 and prior years. | Case No. 3AN-24-07694CI |

## FINAL JUDGMENT AND DECREE OF FORECLOSURE

IT IS ORDERED, ADJUDGED AND DECREED that the Municipality of Anchorage shall have, except as provided below, a final judgment and decree foreclosing all liens on all delinquent taxes and special assessments, penalties, interest and costs, severally against the parcels subject to those liens as set forth in the revised foreclosure list attached as Exhibit A.

IT IS FURTHER ORDERED that the properties in the revised foreclosure list attached as Exhibit A where the Municipality has noted a timely objection was filed, payment of the delinquency was made, the property is subject to bankruptcy proceedings, or where the Municipality has made an administrative decision to remove a parcel from the foreclosure list, are not subject to this judgment and decree

IT IS FURTHER ORDERED that for the parcels where the delinquencies were cleared in full by payment pursuant to AS 29.45.340, as noted by the Municipality on the

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL
ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

revised foreclosure list attached as Exhibit A, this case against them is dismissed without prejudice.

DATED this 9th day of October September 2024, at Anchorage Alaska.

_____
Hon. Josie Garton
Superior Court Judge

I certify that this is a true and correct copy of the original on file in my office
ATTEST:
Clerk of the Trial Courts at Anchorage
By ERoue 10·9·2024
  Deputy         Date

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL
ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Final Judgment and Decree of Foreclosure
*Tax Foreclosures (2023)*; Case No. 3AN-24-07694CI
Page 2 of 2

I certify that on 10·9·2024 a copy was mailed to each of the following at their address of records:
Thomas Willoughby
Deputy Clerk / Administrative Assistant