Jason A Thomas
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650

Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Petitioner
Municipality of Anchorage

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
                                )
            Plaintiff, )
                                )
vs. )
                                )
GARRETT ELDER )
                                )
            Defendants. )
_____ ) Case No. 3:23-CR-0020-SLG-MMS

## AFFIDAVIT OF GLENN CIPRIANO

STATE OF ALASKA        )
                         ) ss.
THIRD JUDICIAL DISTRICT   )

      GLENN CIPRIANO, being first duly sworn upon oath, deposes and says:

      1.     I am the Treasurer of the Municipality of Anchorage and supervise the employees who maintain and compile all records pertaining to the payment of real property taxes, as well as payment of special assessments for Tax ID 02101104000 12995 Glenn Alps Rd Anchorage AK 99516.

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL
ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

2.      I certify, based on my personal knowledge and/or review of business records of the Municipality of Anchorage, that the attached document is the true and accurate payment status of real property taxes and of special assessments for Tax ID 02101104000 12995 Glenn Alps Rd Anchorage AK.  As of December 6, 2024, the taxes and special assessments described in the attached document, are delinquent, and are due the Municipality of Anchorage, together with penalty, interest, costs and attorney fees as provided by law.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

GLENN CIPRIANO

SUBSCRIBED and SWORN to before me this 6 day of December, 2024.

Notary Public in and for Alaska
My commission expires: April 20, 2025

SARA WIGGERS
Notary Public
State of Alaska
My Commission Expires Apr 20, 2025

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL
ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Affidavit of Glenn Cipriano
*In re: MOA Foreclosure for Delinquent Taxes and Special Assessments for 2024 and prior years*/Case No.
Page 2 of 2

ELDER GARRETT & SARAH

## Profile

| | |
|---|---|
| Status | ACTIVE |
| Tax District/Description | 05-Glen Alps SA w/o Fire |

## Parcel Information

| | |
|---|---|
| Property Class | R - Residential |
| LUC | 100 |
| Plat | |
| Grid | SW2843 |
| Zoning | R8 |
| Mortgage Company | |

## January 1 Ownership

| Owner | Co-Owner | Address 1 | Address 2 | City | Zip |
|---|---|---|---|---|---|
| ELDER GARRETT & SARAH | | 637 KING ARTHUR CIRCLE | | ANCHORAGE | 99518 |

## Current Ownership

| Owner | Co-Owner | Address 1 | Address 2 | City | Zip |
|---|---|---|---|---|---|
| ELDER GARRETT & SARAH | | 1770 N NINA CIR | UNIT 1 | WASILLA | 99654 |

## Tax Detail (Penalties and Interest Included through Current Date)

| Tax Year | Cycle | DID | Gross Tax Amount | Res Exemption | Sr/Vet Exemption | IPC Billed | Paid Amount | Net Due | Interest Due | Penalty Due | Costs Due | Total Due | Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 1 | | 2,148.02 | .00 | .00 | .00 | .00 | 2,148.02 | 112.77 | 214.80 | .00 | 2,475.59 | 06/30/2024 |
| 2024 | 2 | | 2,148.01 | .00 | .00 | .00 | .00 | 2,148.01 | 75.18 | 214.80 | .00 | 2,437.99 | 08/31/2024 |
| 2023 | 1 | | 2,201.12 | .00 | .00 | .00 | .00 | 2,201.12 | 337.5 | 220.11 | 140.00 | 2,898.73 | 06/30/2023 |
| 2023 | 2 | | 2,201.12 | .00 | .00 | .00 | .00 | 2,201.12 | 300.81 | 220.11 | .00 | 2,722.04 | 08/31/2023 |
| 2022 | 1 | | 2,236.51 | .00 | .00 | 244.15 | -2,480.66 | .00 | 0 | .00 | .00 | .00 | 07/31/2022 |
| 2022 | 2 | | 2,236.51 | .00 | .00 | .00 | -2,236.51 | .00 | 0 | .00 | .00 | .00 | 09/30/2022 |
| 2021 | 1 | | 4,772.29 | .00 | .00 | 320.05 | -5,092.34 | .00 | 0 | .00 | .00 | .00 | 06/15/2021 |
| 2020 | 1 | | 4,540.59 | .00 | .00 | .00 | -4,540.59 | .00 | 0 | .00 | .00 | .00 | 07/15/2020 |
| 2019 | 1 | | 4,350.73 | .00 | .00 | .00 | -4,350.73 | .00 | 0 | .00 | .00 | .00 | 06/15/2019 |
| 2018 | 1 | | 3,835.94 | .00 | .00 | .00 | -3,835.94 | .00 | 0 | .00 | .00 | .00 | 06/15/2018 |
| 2017 | 1 | | 3,787.45 | .00 | .00 | .00 | -3,787.45 | .00 | 0 | .00 | .00 | .00 | 06/15/2017 |
| 2016 | 1 | | 2,238.51 | .00 | .00 | .00 | -2,238.51 | .00 | 0 | .00 | .00 | .00 | 06/15/2016 |
| Total: | | | | | | | 8,698.27 | | 826.26 | 869.82 | 140.00 | 10,534.35 | |