Jason A Thomas
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650

Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Petitioner
Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GARRETT ELDER | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. 3:23-CR-0020-SLG-MMS |

**REQUEST FOR JUDICIAL NOTICE**

The Municipality of Anchorage hereby makes a request for the court to take judicial notice of the following public court records in: *In re: Municipality of Anchorage Annual Foreclosure for Delinquent Real Property Taxes and Special Assessments for the Year 2023 and Prior Years,* Case No. 3AN-24-07694CI (Anchorage Sup. Ct, Alaska), pursuant to Fed. R. Evid. Rule 201:

//

//

1. [Docket 96-1] Excerpts of the Findings of Fact and Conclusions of Law (filed October 7, 2024) and associated Final Judgment and Decree of Foreclosure (filed October 7, 2024).

   Facts subject to judicial notice include those that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Court "may take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). Courts regularly take judicial notice of "undisputed matters of public record, including documents on file in federal or state courts." *Harris v. Cty. of Orange*, 682 F.3d 1126, 1131-32 (9th Cir. 2012) (internal citations omitted); *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001).

   WHEREFORE, the Defendant requests this court to take judicial notice of such public records on file with the Alaska Superior Court in Anchorage, Alaska.

   Respectfully submitted this 6th day of December, 2024.

    EVA R. GARDNER
    Municipal Attorney

    By: _s/Jason A Thomas_
        Municipal Attorney's Office
        P.O. Box 196650
        Anchorage, Alaska 99519-6650
        Phone: (907) 343-4545
        Fax: (907) 343-4550
        E-mail: uslit@muni.org
        Alaska Bar No. 2005028

<u>Certificate of Service</u>
The undersigned hereby certifies that on <u>December 10, 2024</u>, a true and correct copy of the foregoing was served on:

Assistant U.S. Attorney, Seth Beausang
222 W. 7th Ave #9 Room 253
Anchorage, AK 99513-7567

Daniel Reitz
Jazmyn Reitz
4605 Old Mill Ct
Salida, CA 95368

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s *Marie Stafford*
Marie Stafford , Legal Secretary
Municipal Attorney's Office