IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| GARRETT ELDER | ) ) ) |
| Defendants. | ) ) Case No. 3:23-CR-0020-SLG-MMS |

**ORDER GRANTING JUDICIAL NOTICE**

Upon consideration of the Municipality of Anchorage's request for this Court to take Judicial Notice,

IT IS ORDERED that the Court shall take Judicial Notice of

1. [Docket 96-1] Excerpts of the Findings of Fact and Conclusions of Law (filed October 7, 2024) and associated Final Judgment and Decree of Foreclosure (filed October 7, 2024).

DATED this ____th day of December 2024 at Anchorage, Alaska.

_____
Matthew McCrary Scoble
United States Magistrate Judge