S. LANE TUCKER
United States Attorney

SETH M. BEAUSANG
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: seth.beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARRETT ELDER,<br><br>Defendant. | Case No. 3:23-cr-00020-SLG-MMS<br><br>**SETTLEMENT AGREEMENT RE: LIENHOLDER INTEREST** |

IT IS HEREBY STIPULATED by and between Plaintiff, United States of America, (hereafter "United States") and Lienholder, the Municipality of Anchorage (hereafter "Lienholder"), to compromise and settle its interest in the following described real property:

## REAL PROPERTY

37 Acres of Vacant Land on Glenn Alps Road, 99516, also known as Real Property located at 12955 Glenn Alps Road, Anchorage, Alaska 99516, legally described

as real estate located in the Anchorage Recording District, Third Judicial District, State of Alaska, described as:

> The Northeast 1/4 of the Northeast 1/4 (NE 1/4 NE 1/4), Section 30, Township 12 North, Range 2 West, Seward Meridian, Anchorage Recording District, Third Judicial District, State of Alaska.
>
> EXCEPTING THEREFROM the West 1/2 of the Southeast 1/4 of the Southeast 1/4 of the Northeast 1/4 of the Northeast 1/4 and the East 1/2 of the Southwest 1/4 of the Southeast 1/4 of the Northeast 1/4 of the Northeast 1/4 (W 1/2 SE 1/ SE 1/4 NE 1/4 NE 1/4 and E 1/2 SW 1/4 SE 1/4 NE 1/4 NE 1/4).

(hereinafter, the "Property").

WHEREAS, the United States is pursuing forfeiture of the Property because the Property constitutes or is derived from, any proceeds obtained, directly or indirectly, as the result of defendant Garret Elder's knowing violation of 18 U.S.C. § 1343, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); and

WHEREAS, the United States and Lienholder hereby stipulate that Lienholder, pursuant to 21 U.S.C. § 853(n)(6)(A), "has a legal right, title, or interest in the [Property], and such right, title, or interest renders the order of forfeiture invalid in whole or in part because the right, title, or interest was vested in the petitioner rather than the defendant or was superior to any right, title, or interest of the defendant at the time of the commission of the acts which gave rise to the forfeiture of the [Property' . . . ."; and

WHEREAS, the United States and Lienholder agree to resolve the Motion for Hearing [Dkt. 96] on the following terms;

NOW, THEREFORE, it is hereby STIPULATED and AGREED that:

1. The proceeds from a sale of the Property, following a final order of forfeiture, will be distributed as follows in descending priority between the following parties:

| Party | Lien/Basis for payment |
|---|---|
| United States of America and/or agent | Mutual agreement: Costs and expenses incurred in the seizure, custody, maintenance, and sale of the Property |
| Municipality of Anchorage | Mutual agreement: To satisfy any property taxes, special assessments, related fees, penalties, and interest on the Property as attached by a property tax lien pursuant to state law. |

At the United States' request, the Municipality of Anchorage will provide payoff information regarding the amount owed on its liens set forth in the table above.

2. If the parties cannot stipulate as to the amounts of their liens set forth in the table above, the parties will file written briefs setting forth their positions and request that the Court determine the amounts owed on the above liens.

3. This stipulation resolves the Motion for Hearing.

RESPECTFULLY SUBMITTED this 10th day of December 2024, in Anchorage, Alaska.

    S. LANE TUCKER
    United States Attorney

    */s/Seth Beausang*
    SETH BEAUSANG
    Assistant United States Attorney
    United States of America

    */s/*
    JASON THOMAS
    Municipal Attorney's Office

**CERTIFICATE OF SERVICE**

I hereby certify that on the filing date, a true copy of the foregoing was served electronically on:

**All counsel of record**

*/s/Seth Beausang*
Assistant United States Attorney