S. LANE TUCKER
United States Attorney

SETH BEAUSANG
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Seth.Beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>GARRET ELDER,<br><br>     Defendant. | )<br>)<br>)<br>) No. 3:23-cr-00020-SLG-MMS<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR FINAL ORDER OF FORFEITURE**

Plaintiff, the United States of America, hereby moves the Court to enter the Final Order of Forfeiture attached to this motion. This motion is supported by the Affidavit of Counsel, filed herewith.

//

//

RESPECTFULLY SUBMITTED this 11th day of December 2024, in Anchorage, Alaska.

        S. LANE TUCKER
        United States Attorney

        */s/Seth Beausang*
        SETH BEAUSANG
        Assistant United States Attorney
        United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on the filing date, a true copy of the foregoing was served electronically on:

**Counsel for Defendant**

*/s/Seth Beausang*
Assistant United States Attorney

*United States v. Elder*     3:23-cr-00020-SLG
Motion for Final Order of Forfeiture     Page 2
Case 3:23-cr-00020-SLG-MMS    Document 100    Filed 12/11/24    Page 2 of 2