S. LANE TUCKER
United States Attorney

SETH BEAUSANG
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Seth.Beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GARRET ELDER, <br><br> Defendant. | Case No. 3:23-cr-00020-SLG <br><br> **AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR FINAL ORDER OF FORFEITURE** |

I, SETH BEAUSANG, am an Assistant United States Attorney and represent the Plaintiff in this action.

1. On May 19, 2023, the defendant pled guilty, Dkt. 32, and admitted the Criminal Forfeiture Allegation set forth in the Felony Information, Dkt. 1, and restated in his Plea Agreement, Dkt. 30.

2. On August 31, 2023, the defendant and the United States entered into a Stipulation, Dkt. 39, that the real property commonly known as 637 King Arthur Circle, #G-2 Anchorage, AK 99518, was subject to forfeiture.

3. On September 6, 2023, the Court ordered the interlocutory sale of the real property commonly known as 637 King Arthur Circle, #G-2 Anchorage, AK 99518, pursuant to Fed. R. Crim. P. 32.2(b)(7) and Fed. Supp. R. G(7)(b), Dkt. 42, and the property was subsequently sold yielding proceeds.

4. On October 2, 2024, this Court entered a Second Amended Preliminary Order of Forfeiture, Dkt. 91, forfeiting to the United States the defendant's interest, if any, in the following assets listed in the defendant's plea agreement, Dkt. 30, including:

  a. 37 Acres of Vacant Land on Glenn Alps Road, 99516, also known as Real Property located at 12955 Glenn Alps Road, Anchorage, Alaska 99516

  b. 2021 Ford F350, VIN -1085

  c. 2021 Heartland Prowler (Camper Trailer), VIN -4345

  d. 2022 Alweld Boat, Hull ID -H122

  e. Interest in Aspen and Birches LLC

  f. Interest in Mizuna Matata LLC and related entities

  g. The funds contained in the accounts of Tycoon Trading LLC, the Daily Bread Fund, LLC, and other entities owned or controlled by defendant, including the following:

    i. Alaska USA FCU, including:

*United States v. Elder*     3:23-cr-20-SLG
Affidavit in Support of Motion for Final Order of Forfeiture     Page 2
Case 3:23-cr-00020-SLG-MMS    Document 100-1    Filed 12/11/24    Page 2 of 6

- A Cashier's Check in the amount of $15,156.23 remitted to the United States Marshals Service by Garrett Elder from his bank account at Alaska USA FCU;

   ii. Wells Fargo, including:

   - $29,661.33 in funds from Bank Account #XXXXXX5026 in the name of Daily Bread Fund LLC and Garrett A. Elder at Wells Fargo Bank;

   - $349,801.32 in funds from Bank Account #XXXXXX5109 in the name of Northern Financial Services and Garrett A. Elder at Wells Fargo Bank;

   - $351.22 in funds from Bank Account #XXXXXX8793 in the name of Buck Wilder and Associates, Garrett A. Elder, and Sarah E. Elder at Wells Fargo Bank

   iii. Interactive Brokers Brokerage Account

   iv. Forex.Com Brokerage Account GT

   v. Forex.Com Brokerage Account FX

   vi. IG Brokerage Account

   vii. First National Bank Alaska

   viii. Robinhood Brokerage Accounts

   ix. Oanda Brokerage Account

h. $86,242.34 in proceeds in Lieu of Real Property located at 637 King Arthur Circle, #G-2, Anchorage, Alaska 99518; and

i. 2022 Tuff Trailer USA Inc. Boat Trailer

*United States v. Elder*  3:23-cr-20-SLG
Affidavit in Support of Motion for Final Order of Forfeiture  Page 3
Case 3:23-cr-00020-SLG-MMS   Document 100-1   Filed 12/11/24   Page 3 of 6

5. The 37 Acres of Vacant Land on Glenn Alps Road, 99516, also known as Real Property located at 12955 Glenn Alps Road, Anchorage, Alaska 99516, is legally described as real estate located in the Anchorage Recording District, Third Judicial District, State of Alaska, described as:

> The Northeast 1/4 of the Northeast 1/4 (NE 1/4 NE 1/4), Section 30, Township 12 North, Range 2 West, Seward Meridian, Anchorage Recording District, Third Judicial District, State of Alaska.
>
> EXCEPTING THEREFROM the West 1/2 of the Southeast 1/4 of the Southeast 1/4 of the Northeast 1/4 of the Northeast 1/4 and the East 1/2 of the Southwest 1/4 of the Southeast 1/4 of the Northeast 1/4 of the Northeast 1/4 (W 1/2 SE 1/ SE 1/4 NE 1/4 NE 1/4 and E 1/2 SW 1/4 SE 1/4 NE 1/4 NE 1/4).

6. The U.S. Attorney's Office for the District of Alaska ("USAO") published notice of the Preliminary Order of Forfeiture on the official government forfeiture website, www.forfeiture.gov, for at least 30 consecutive days commencing on October 4, 2024. *See* Exhibit 1 (Declaration of Publication).

7. In accordance with Fed. R. Crim. P. 32.2(b)(6), the government sent notice of forfeiture to all potentially interested parties by means reasonably calculated to reach potential claimants, including sending by regular mail a Notice of Judicial Forfeiture to the persons identified as victims in this matter in accordance with *United States v. $4,224,958.57*, 392 F.3d 1002 (9th Cir. 2004). Due to the volume of recipients, the USAO sent notices by regular mail.

8. The USAO identified Sarah Elder as an additional person with a potential interest in the assets described herein, and sent a notice of forfeiture to

*United States v. Elder* 3:23-cr-20-SLG
Affidavit in Support of Motion for Final Order of Forfeiture Page 4
Case 3:23-cr-00020-SLG-MMS Document 100-1 Filed 12/11/24 Page 4 of 6

Sarah Elder by regular mail on October 10, 2024.

9. The USAO identified the Municipality of Anchorage as an additional person with a potential interest in the assets described herein, and sent a notice of forfeiture by email to an attorney for the Municipality of Anchorage, who confirmed receipt, on November 7. 2024.

10. On October 29, 2024, Daniel Reitz and Jazmyn Reitz, both victims in this case, filed a Motion for Hearing pursuant to 21 U.S.C. § 853(n)(2), or in the alternative, a petition for remission pursuant to 28 C.F.R. Part 9. [Dkt. 92] On December 9, 2024, the United States filed a Stipulation of Dismissal in which the United States, and Daniel Reitz and Jazmyn Reitz, agreed that the Motion for Hearing would be construed as a petition for remission and that any claim by Daniel Reitz and Jazmyn Reitz should be dismissed. [Dkt. 95] The Court denied the Motion for Hearing as moot. [Dkt. 99]

11. On December 9, 2024, the Municipality of Anchorage filed a claim with respect to the Real Property located at 12955 Glenn Alps Road, Anchorage, Alaska 99516 for unpaid property taxes and associated interest and fees. [Dkt. 96] On December 10, 2024, the U.S. Attorney's Office and the Municipality of Anchorage entered into a settlement resolving the claim. [Dkt. 98]

12. No other petitions of interest, claims, or other requests for an ancillary hearing with regard to any of the above-described property were filed by any person or entity within the time allowed by law.

13. Counsel knows of no reason why a Final Order of Forfeiture should

*United States v. Elder* 3:23-cr-20-SLG
Affidavit in Support of Motion for Final Order of Forfeiture Page 5
Case 3:23-cr-00020-SLG-MMS Document 100-1 Filed 12/11/24 Page 5 of 6

not now be entered.

I declare that the foregoing is true and correct to the best of my knowledge and belief.

EXECUTED on this 11th day of December 2024, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s/ Seth Beausang
SETH BEAUSANG
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on the filing date, a true copy of the foregoing was served electronically on:

**Counsel for Defendant**

/s/Seth Beausang
Assistant United States Attorney

*United States v. Elder* 3:23-cr-20-SLG
Affidavit in Support of Motion for Final Order of Forfeiture Page 6
Case 3:23-cr-00020-SLG-MMS   Document 100-1   Filed 12/11/24   Page 6 of 6