IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:23-cr-00020-SLG |
|---|---|
| Plaintiff, | ) **FINAL ORDER OF** |
| | ) **FORFEITURE** |
| v. | ) |
| GARRET ELDER, | ) |
| Defendant. | ) |

Plaintiff's motion for forfeiture at Docket ___ is GRANTED and the Court finds as follows:

WHEREAS on May 19, 2023, defendant GARRET ELDER pled guilty and admitted to the Criminal Forfeiture Allegation in the Information and Plea Agreement;

AND WHEREAS this Court found that defendant's interest, if any, in the following property and money judgment is subject to forfeiture because they constitute or are derived from, any proceeds obtained, directly or indirectly, as the result of defendant's knowing violation of 18 U.S.C. § 1343, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), including, but not limited to:

1. Real Property located at 12955 Glenn Alps Road, Anchorage, Alaska 99516, legally described as the following real estate located in the Anchorage Recording District, Third Judicial District, State of Alaska:

> The Northeast 1/4 of the Northeast 1/4 (NE 1/4 NE 1/4), Section 30, Township 12 North, Range 2 West,

Seward Meridian, Anchorage Recording District,
Third Judicial District, State of Alaska.

EXCEPTING THEREFROM the West 1/2 of the Southeast 1/4 of the Southeast 1/4 of the Northeast 1/4 of the Northeast 1/4 and the East 1/2 of the Southwest 1/4 of the Southeast 1/4 of the Northeast 1/4 of the Northeast 1/4 (W 1/2 SE 1/ SE 1/4 NE 1/4 NE 1/4 and E 1/2 SW 1/4 SE 1/4 NE 1/4 NE 1/4);

2. 2021 Ford F350 Truck VIN# -1085;

3. 2021 Heartland Prowler Camper Trailer VIN# -4345;

4. 2022 Silver / Aluminum Alweld Commerical Boat Ser No: -H122;

5. 2022 Tuff Trailer USA Inc. Boat Trailer VIN# -7734;

6. Cashier's Check in the amount of $15,156.23, remitted to the United States Marshals Service by Garrett Elder from his bank account at Alaska USA FCU;

7. $29,661.33 in funds from Bank Account XXXXXXX5026 in the name of Daily Bread Fund LLC and Garrett A. Elder at Wells Fargo Bank Acct# -5069;

8. $349,801.32 in funds from Bank Account #XXXXXX5109 in the name of Northern Financial Services and Garrett A. Elder at Wells Fargo Bank Acct# -5109;

9. $351.22 in funds from Bank Account #XXXXXX8793 in the name of Buck Wilder and Associates, Garrett A. Elder, and Sarah E. Elder at Wells Fargo Bank Acct# -8793;

*United States v. Elder*  3:23-cr-20-SLG-MMS
Final Order of Forfeiture  Page 2
Case 3:23-cr-00020-SLG-MMS   Document 100-3   Filed 12/11/24   Page 2 of 4

10. $86,242.34 in proceeds in lieu of Real property located at 637 King Arthur Circle, #G-2, Anchorage, Alaska 99518 Acct# XXXXX;

the proceeds of these assets, and any substitute property determined thereafter, shall be applied towards the payment of an *in personam* criminal forfeiture money judgment in the amount of 26,077,233.72, *see* Dkt. 91;

AND WHEREAS, on October 2, 2024, this Court entered a Second Amended Preliminary Order of Forfeiture [Dkt. 91], forfeiting to the United States defendant's interest, if any, in the above-listed property;

AND WHEREAS, notice of the Second Amended Preliminary Order of Forfeiture was published on the official government forfeiture website, www.forfeiture.gov, for at least 30 consecutive days commencing on October 2, 2024;

AND WHEREAS, in accordance with Fed. R. Crim. P. 32.2(b)(6), the government sent notice of forfeiture to all potentially interested parties by means reasonably calculated to reach potential claimants, including serving a Notice of Judicial Forfeiture on the persons identified as victims in this matter in accordance with *United States v. $4,224,958.57*, 392 F.3d 1002 (9th Cir. 2004);

AND WHEREAS, two claims were filed [Dkt. 92 & 96] and then resolved [Dkt. 95 & 98], and no other petitions of interest, claims, or other requests for an ancillary hearing with regard to the above-referenced property were filed with this Court by an individual or entity within the time allowed by law;

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

*United States v. Elder*  3:23-cr-20-SLG-MMS
Final Order of Forfeiture  Page 3
Case 3:23-cr-00020-SLG-MMS   Document 100-3   Filed 12/11/24   Page 3 of 4

All right, title, and interest to the above-referenced property, is hereby condemned, forfeited to, and shall be vested in the United States of America, and shall be disposed of according to law by the United States Marshals Service and/or the Federal Bureau of Investigation.

DATED: _____      _____
HON. SHARON L. GLEASON
United States District Judge

*United States v. Elder*  3:23-cr-20-SLG-MMS
Final Order of Forfeiture  Page 4
Case 3:23-cr-00020-SLG-MMS   Document 100-3   Filed 12/11/24   Page 4 of 4